UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff** FORTRESS CREDIT OPPORTUNITIES I, LP and FORTRESS CREDIT OPPORTUNITIES II, LP

-v-

**Defendant** WAYNE C. COLEMAN, THE ROYALTY COMPLIANCE ORGANIZATION and MOSS ADAMS LLP

Case No.

**'07 CIV 7369**

Rule 7.1 Statement

JUDGE BAER

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Plaintiffs_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

FORTRESS INVESTMENT GROUP LLC

RECEIVED
AUG 1 7 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Date: August 17, 2007

Signature of Attorney

Attorney Bar Code: 4227

Form Rule7_1.pdf