AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

FORTRESS CREDIT OPPORTUNITIES I, LP and
FORTRESS CREDIT OPPORTUNITIES II, LP

**APPEARANCE**

V.

WAYNE C. COLEMAN, THE ROYALTY
COMPLIANCE ORGANIZATION and MOSS ADAMS
LLP

Case Number: 07 CIV 7369 JUDGE BAER

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FORTRESS CREDIT OPPORTUNITIES I, LP and FORTRESS CREDIT OPPORTUNITIES II, LP

I certify that I am admitted to practice in this court.

August 17, 2007
Date

Signature

Michael C. Harwood    4227
Print Name    Bar Number

Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway
Address

New York    NY    10019
City    State    Zip Code

(212) 506-1709    (212) 506-1800
Phone Number    Fax Number