UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FORTRESS CREDIT OPPORTUNITIES I, LP and :
FORTRESS CREDIT OPPORTUNITIES II, LP,   :
                                        :
                   Plaintiffs,          :    07 Civ-7369 (HB)(DF)
                                        :    ECF CASE
                                        :
              - against -               :    AFFIDAVIT OF SERVICE
                                        :
WAYNE C. COLEMAN, THE ROYALTY           :
COMPLIANCE ORGANIZATION and             :
MOSS ADAMS LLP,                         :
                                        :
                   Defendants.          :
------------------------------------x

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK       )

  MICHAEL C. HARWOOD, being duly sworn, deposes and says that he is a member of the firm of Kasowitz, Benson, Torres & Friedman LLP, attorneys for plaintiffs herein, he is over the age of eighteen years, and he is not a party to the within action.

  On the 21st day of August, 2007, deponent served by Federal Express overnight delivery a true copy of the Summons, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Notice of Appearance for Michael C. Harwood and a copy of the Rules for Judge Harold Baer, Jr. and Magistrate Judge Debra Freeman together with copies of Instructions For Filing An Electronic Case or Appeal, Procedures For Electronic Case Filing and Guidelines For Electronic Case on defendant Moss Adams LP by

depositing same in an official Federal Express drop-off depository under the exclusive care and custody of an authorized Federal Express representative within the State of New York, contained in a securely seal Federal Express wrapper, addressed to Thomas R. Manisero, Esq., who stated that he was authorized to and did accept service of the Summons and Complaint on behalf of defendant Moss Adams LLP at Wilson Elser 3 Gannett Drive, White Plains, New York 10604-3407 as attorneys for defendant Moss Adams LLP this being the address designated by said attorneys for that purpose upon the proceeding papers in this action.

                                                MICHAEL C. HARWOOD

Sworn to before me this
23rd day of August, 2007.

_____
Notary Public

FERMIN FIGUEROA, JR.
Notary Public, State of New York
No. 01FI4733697
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 31, 20___