# UNITED STATES DISTRICT COURT

Southern District of New York

FORTRESS CREDIT OPPORTUNITIES I, LP and
FORTRESS CREDIT OPPORTUNITIES II, LP

V.

WAYNE C. COLEMAN, THE ROYALTY
COMPLIANCE ORGANIZATION and MOSS
ADAMS LLP

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07-CIV 7369**

**JUDGE BAER**

TO: (Name and address of Defendant)

| Moss Adams LLP | The Royalty Compliance Organization | Wayne C. Coleman |
| 999 Third Avenue, Suite 3300 | 1288 Jungermann Road, Suite A | 1288 Jungermann Road, Suite A |
| Seattle, WA 98104 | St. Peters, MO 63376 | St. Peters, MO 63376 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael C. Harwood
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              AUG 1 7 2007

CLERK                                            DATE

(By) DEPUTY CLERK

<a>

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                           *Signature of Server*

                                      _____
                                               *Address of Server*

8/22/2007
Service Accepted &
Acknowledged
on behalf of Defendant
Moss Adams LLP
by Thomas R. Manisero (TRM-8548)
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Wilson Elser
Wilson Elser Moskowitz Edelman & Dicker LLP

### Thomas R. Manisero
Attorney at Law

| | |
|---|---|
| 150 East 42nd Street<br>New York, NY 10017-5639<br>p  212.490.3000<br>f   212.490.3038 | 3 Gannett Drive<br>White Plains, NY 10604-3407<br>p   914.323.7000<br>f    914.323.7001 |

thomas.manisero@wilsonelser.com

**wilsonelser.com**