*KASOWITZ, BENSON, TORRES + FRIEDMAN LLP    FILE #07362-013*

## STATE OF MISSOURI
Docket number 07CIV-7369

*US DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK*

**Fortress Credit Opportunities I, LP**   PLAINTIFF(S)

AFFIDAVIT OF SERVICE

VS.

**Wayne C Coleman**   DEFENDANT(S)

I, Marybeth Rice f/k/a Raymond affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on August 27, 2007 at 12:56 PM, I served copies of the within Court Summons & Complaint*Personally upon **Wayne C Coleman** as articulated below. *cover sheet*
*RULE 7.1 STATEMENT, APPEARANCE, JUDGES RULES, CIVIL*
By delivering a copy to **Wayne C Coleman** personally.

Said service was effected at: **1288 Jungerman Road Suite A, St. Peters, MO, 63376**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Male**  Race: **White**  Hair: **Brown**  Height: **Tall > (6' 0")**  Weight/Build: **Medium**  Place: *Abey 2*
Poe Extras:_____

I certify that the foregoing statements made by me are true, correct and my free act and deed.

_____
Marybeth Rice f/k/a Raymond

The foregoing affidavit sworn and subscribed before me today, Monday, August 27, 2007

_____    _____    _____
Shelley A. Wright    Larry Skaggs         Kelley A. Bannister

LARRY SKAGGS
Notary Public — Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Nov. 9, 2008
Commission # 04408845

Job No. 104009

*7KBTF 608 94*