KRASOWITZ, BENSON, TORRES, FRIEDMAN LLP

FILE # 07362-013

US DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

## STATE OF MISSOURI
Docket number 07CIV-7369

**Fortress Credit Opportunities I, LP**     PLAINTIFF(S)

vs.

**AFFIDAVIT OF SERVICE**

**Wayne C Coleman**     DEFENDANT(S)

I, Marybeth Rice f/k/a Raymond affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on August 27, 2007 at 12:56 PM, I served copies of the within Court Summons & Complaint Personally upon **The Royalty Compliance Organization** as articulated below.
*RULE 7.1 STATEMENT, APPEARANCE, JUDGES RULES, CIVIL COVER SHEET

By delivering a copy to **Wayne C Coleman** personally; Registered Agent thereof, an authorized person to accept service of process.

Said service was effected at: **The Royalty Compliance Organization, 1288 Jungerman Rd. Ste A, St. Peters, MO 63376**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Male**  Race: **White**  Hair: **Brown**  Height: **Tall > (6' 0")**  Weight/Build: **Medium**  Place: AGE 42
Poe  Extras: _____

I certify that the foregoing statements made by me are true, correct and my free act and deed.

_____
Marybeth Rice f/k/a Raymond

The foregoing affidavit sworn and subscribed before me today, Monday, August 27, 2007

_____    _____    _____
Shelley A. Wright    Larry Skaggs    Kelley A. Bannister

LARRY SKAGGS
Notary Public — Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Nov. 9, 2008
Commission # 04408845

Job No. 104010

7KBTF60895