DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

RECEIVED

SEP 17 2007

HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

Dorothy M. Weber, Esq. (DW 4734)
SHUKAT ARROW HAFER WEBER
 & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY  10019
212-245-4580
Attorneys for Defendant Wayne C. Coleman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

FORTRESS CREDIT OPPORTUNITIES I, LP; and :
FORTRESS CREDIT OPPORTUNITIES II, LP             07-CV-7369 (HB)

                    :

           Plaintiffs,

                    :

           -against-                   STIPULATION

                    :          EXTENDING TIME
                          TO ANSWER

WAYNE C. COLEMAN, THE ROYALTY           :
COMPLIANCE ORGANIZATION and MOSS
ADAMS LLP                          :

           Defendants.            :
------------------------------------------------------------------

        IT IS HEREBY STIPULATED and agreed to by and between the attorneys

for the Plaintiffs, Fortress Credit Opportunities I, LP and Fortress Credit

Opportunities II, LP, and for the Defendant, Wayne C. Coleman ("Coleman"), that

the time in which Coleman shall answer or otherwise move against the Complaint is

hereby extended to and including October 5, 2007. There have been no prior

requests for extensions of time. A current copy of the docket report is enclosed.

The parties further agree that this Stipulation may be executed and shall be sufficient via facsimile transmission.

Dated:        September 13, 2007
             New York, New York

SHUKAT ARROW HAFER
WEBER & HERBSMAN, LLP

By: _____
Dorothy M. Weber (DW 4734)
111 West 57th Street, Suite 1120
New York, New York 10019
212-245-4580
Attorneys for Defendant
Wayne C. Coleman

KASOWITZ, BENSON, TORRES
& FRIEDMAN, LLP

By: _____
Michael C. Harwood (MH 4227)
1633 Broadway
New York, New York 10019
212-506-1709
Attorneys for Plaintiffs
Fortress Credit Opportunities I, LP
Fortress Credit Opportunities II, LP


SO ORDERED:

_____
Honorable Harold Baer
United States District Judge