UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
FORTRESS CREDIT OPPORTUNITIES I, LP and
FORTRESS CREDIT OPPORTUNITIES II, LP,

                07-CV-7369 (HB)

    Plaintiffs,

  -against-                   **DEFENDANT MOSS ADAMS LLP's STATEMENT PURSUANT TO LOCAL RULE 7.1**

WAYNE C. COLEMAN, THE ROYALTY
COMPLIANCE ORGANIZATION and MOSS
ADAMS LLP

    Defendants.
----------------------------------------------------------------x

        Pursuant to Rule 7.1 [formerly Rule 1.9] of the local rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Moss Adams LLP certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
           September 18, 2007

                                          WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP

                                          By: _____
                                               Thomas R. Manisero [TM-8548]
                                               Peter J. Larkin [PL-9645]
                                               Jill F. Spielberg [JS-1721]
                                               *Attorneys for Defendant*
                                               *Moss Adams LLP*
                                               150 East 42nd Street
                                               New York, New York 10017-5639
                                               (212) 490-3000
                                                File No. 10348.00001

2950428.1