**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Thomas R. Manisero [TM-8548]
Peter J. Larkin [PL-9645]
Jill F. Spielberg [JS-1721]
*Attorneys for Defendant Moss Adams LLP*
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FORTRESS CREDIT OPPORTUNITIES I, LP and  :
FORTRESS CREDIT OPPORTUNITIES II, LP,    :
                                         :   07-CV-7369 (HB)
        Plaintiffs,                      :
                                         :
        -against-                        :   **NOTICE OF MOTION**
                                         :
WAYNE C. COLEMAN, THE ROYALTY            :
COMPLIANCE ORGANIZATION and MOSS         :
ADAMS LLP                                :
                                         :
        Defendants.                      :
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Thomas R. Manisero dated September 18, 2007 and the exhibits attached thereto, and the accompanying Memorandum of Law, defendant Moss Adams LLP will move this Court before the Honorable Harold Baer, Jr. at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007 at 9:30 am on the 25th day of October, 2007 or as soon thereafter as counsel may be heard, pursuant to Rule12(c) of the Federal Rules of Civil Procedure, for Judgment on the pleadings dismissing plaintiffs' complaint as against defendant

2949968.1

Moss Adams LLP, and for such other further relief as the Court deems proper.

**Dated:** New York, New York
September 18, 2007

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                By: _____
                Thomas R. Manisero [TM-8548]
                Peter J. Larkin [PL-9645]
                Jill F. Spielberg [JS-1721]
                *Attorneys for Defendant*
                *Moss Adams LLP*
                150 East 42nd Street
                New York, New York 10017-5639
                (212) 490-3000
                File No. 10348.00001