# *Moss Adams LLP*

# *Royalty Compliance Division*

*11766 Wilshire Blvd, 9th Floor*
*Los Angeles, CA 90025*
*310-477-0450*
*Fax: 310-477-9868*

### FAX TRANSMISSION COVER SHEET

| | | | |
|---|---|---|---|
| *Date:* | *February 17, 2004* | | |
| *Company:* | *UCC Capital Corporation* | | |
| *To:* | *Mr. Bart Weiss* | *Fax:* | *212-247-7131* |
| *CC:* | *Mr. Arial Glasner* | *Fax:* | *212-247-7131* |
| *CC:* | *Mr. Joshua Pack* | *Fax:* | *212-798-6099* |
| | | | |
| *From:* | *Mr. Lewis J. Stark* | *Phone:* | *310-477-0450* |
| *Re:* | *Due Diligence / The Songwriters Collective* | | |

*YOU SHOULD RECEIVE* __14__ *PAGE (S), INCLUDING THIS COVERSHEET.*
*IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL (310) 477-0450.*

*The message and any supporting information is confidential and its disclosure of use is prohibited. If you are not the intended recipient, please let us know.*





# MOSS-ADAMS LLP
ROYALTY COMPLIANCE DIVISION
CERTIFIED PUBLIC ACCOUNTANTS

11766 Wilshire Boulevard
Suite 900
Los Angeles, CA 90025

*Phone* 310.477.0450
*FAX* 310.477.9868
www.mossadams.com

February 17, 2004

Ms. Jeanie Mason
Songwriters Collective
151 Sturbridge Dr.
Franklin, TN 37064

Re:    **Due Diligence Report / The Songwriters Collective**

Dear Jeanie:

Enclosed is one bound copy of our final report with respect to the above-referenced engagement.  Let me know if you need additional copies, information, or analysis.

Please call me if you have any questions.

Sincerely,

Lewis J. Stark

Enclosure

cc:    Mr. Robert D'Loren, UCC Capital Corporation, (w/ enc.)
       Mr. Joshua Pack, Fortress Credit Opportunities I LP, (w/ enc.)

LS: sdg
RM021704.doc

A member of
Moores Rowland International
an association of independant
accounting firms throughout
the world

Offices in
Principal Cities of
Washington, Oregon
and California