February 17, 2004

Ms. Jeanie Mason
The Songwriters Collective
3717 E. Thousand Oaks Blvd.
Westlake, CA 91362

Re:     **Due Diligence Report / The Songwriters Collective**

Dear Ms. Mason:

Pursuant to the terms of our engagement, we have accumulated royalty data from the third party songwriter, publisher, artist, and producer royalty statements issued to those Songwriters, Publishers, Recording Artists and Record Producers ("TSC Members" or "Members") that are joining The Songwriter Collective. With respect to Greg Barnhill and Jono Varana, we used unaudited personal financial statements to accumulate royalty earnings. We summarized the accumulated data in various summary and detailed reports as noted below.

We did not perform an appraisal of the underlying assets, legal due diligence or any audit procedures. We accepted the royalty information reported on third-party royalty statements to be complete and accurate. Our report solely presents historical royalty activity as reported on royalty statements and financial statements and is designed to assist The Songwriters Collective and its representative to determine the value of the royalty streams and to project future royalty earnings and cash flows.

## BACKGROUND

In order to exploit their compositions to generate royalties, songwriters either use a publishing company or self-administer their catalog. A songwriter relationship with a publisher is a contractual arrangement that is usually structured as either:

- A songwriter deal – in which the publisher owns and controls the copyright and the songwriter is only entitled to the songwriter's income stream which is 50% of the total royalties generated by the compositions. The publisher will collect 100% of the royalties earned (excluding the writer share of public performance income collected by performing rights societies) and will issue a royalty statement to the songwriter along with payment. The amount paid to the songwriter will be 50% of the amount collected by the publisher unless the publisher is contractually entitled to an administration fee less costs, advance recoupments and other charges, if any. Royalty statements and payments are usually issued on a quarterly or semi-annual basis.

- A co-publishing deal – in which the songwriter will establish its own publishing company and will grant a partial ownership interest in the copyright, generally 50% to another (third-party) publisher. The third party publisher will collect the 100% of the royalties earned (excluding the writer share of public performance income collected by performing rights societies) and will issue a royalty statement to the publisher along with payment. The third party publisher will either issue a separate royalty statement to the both the publisher and songwriter or will issue only one royalty statement to the publisher. If only one statement is issued, the statement will include 100% of the songwriter's share of royalties and 50% of the publisher's share of royalties less the third party publisher's administration fee (if it is contractually entitled to an administration fee) less costs, advance recoupments and other charges, if any. In some cases, the songwriter's publishing company would then issue a separate royalty statement to the songwriter. Royalty statements and payments are usually issued on a quarterly or semi-annual basis.

- An administration deal – in which the songwriter establishes its own publishing company, retains 100% ownership in the copyrights and licenses the right to exploit the compositions to another (third-party) publisher. The publisher will collect the 100% of the royalties earned (excluding the writer share of public performance income collected by performing rights societies) and will issue a royalty statement to the publisher along with payment. In some cases the third party publisher will either issue a separate royalty statement to the songwriter or the royalty statement issued to the songwriter's publishing company will include combined amounts. The amount paid to the publisher and songwriter will usually be 75% to 95% of the amount collected by the third party publisher less costs, advance recoupments and other charges, if any. Royalty statements and payments are usually issued on a quarterly or semi-annual basis.

- Songwriter's share of public performance royalties collected by performance rights societies (SESAC, ASCAP and BMI) – is paid directly to the songwriter, not to the publisher.

We were provided with various royalty statements rendered by third party publishers, performance rights societies, mechanical royalty collection agencies and record companies to TSC Members. We accumulated royalty earnings data from these royalty statements at a song level by inputting detailed royalty activity for each composition into a database. Information collected from publisher and songwriter royalty statements includes the following:

- Publisher/Payor of Royalties
- The Recipient's Account Number
- The Recipient's Account Name
- The Beginning Date of the Statement
- The Ending Date of the Statement
- The Type of Income

- Song Title
- Amount of Royalties Earned

With respect to artist and/or producer royalty statements, the following information was obtained from the royalty statements:

- Record Company/Payor
- Account Number
- Account Name
- Statement Ending Date
- Income Type
- Product Title
- Amount of Royalties Earned

In some cases, when royalty amounts earned were immaterial, we grouped activity and input combined amount under "various songs" or "various".

We also accumulated royalty statement activity on an overall basis at the account level by summarizing royalty and non royalty activity for each royalty statement issued. Non-royalty activity includes, cash payments, advances paid, costs, other amounts charged and account balance information. We obtained this information from third-party royalty statement summary pages or from the detailed section of the third-party royalty statements. In those cases where summary pages were not issued or were not provided, we either assumed the net royalties earned were paid and/or did not include non-royalty activity in the royalty statement summaries for the missing periods. We prepared a royalty statement summary schedule for the majority of TSC Member royalty accounts which are included electronically herein.

### NET ROYALTIES REPORTED

The song level detailed royalty data is included electronically for further summarization and analysis. This detailed data represents actual royalty earnings by composition and may or may not reflect actual cash receipts. Please note that our data entry is not complete at this time. The amount of detailed royalties input total $23,051,000 which comprises approximately 94.25% of the total royalties earned by the TSC Members during the Period (based on the royalty statements provided).

The royalty statement summaries provide a complete picture of royalty and non-royalty activity reported by the reporting source. These summaries present royalties earned by type, adjustments to royalties, advances paid, costs, other statement charges and royalty payments and enabled us to determine if the royalty account was in an unrecouped (negative) position. The amount of royalties we summarized at the account level totals $24,461,000.

Royalty and certain non-royalty activity for the recent five-year period ("Period") is presented on Exhibit A. This information is segregated by TSC Member and by the Member's individual royalty account. As noted above, net royalties earned equals the amount of royalties actually earned by the compositions or masters over the Period net of third-party publisher fees but without consideration for non-royalty activity. In some cases, we were not provided with all of the royalty statements and/or royalty statement cover pages. Thus, the amount of net royalties earned as presented in both Exhibit A, the database and in the royalty statement summaries may be understated for those accounts affected. We did not make or include any estimates to account for missing royalty statements.

## ESTIMATED PUBLISHER FEE/GROSSED UP ROYALTIES

With respect to publishing royalties, in most cases, songwriters have assigned, licensed or sold an interest in their copyrighted compositions to third-party publishing companies. As noted above, publishing companies normally charge writers between 5% and 50% of the royalties collected by the publisher to administer the writer's rights or publishing companies take a partial ownership in the compositions and retain its portion of the income derived from the compositions. In some cases a writer's administration agreement with its publisher may expire or the publisher's ownership interest may be granted for a limited period. Upon termination or expiration of the publisher's administrative or ownership rights, the writer will be able to collect the amounts previously retained by the third party publisher. In such cases and apart from the normal fluctuation of royalties, the writer's net royalty earnings will increase. However, the writer will have to either retain the service of another publisher (The Songwriter Collective included) or self-administer its compositions which could offset this increase.

On an overall basis, we have estimated that the writers will be able to increase royalties received by 25% (excluding the writer's share of performance income). This increase is based on the assumption that some writers will recapture their rights as noted above (thus increasing the share of royalties received) as well as from savings derived from direct licensing by SESAC in foreign territories which eliminates the need for sub-publishers and should accelerate foreign royalty payments to TSC Members. The blanket 25% estimation is speculative as we have not been provided with information enabling us to determine the actual amount or percentage increase applicable to each TSC member as a result of these factors. The potential effect of the recapture of income is presented only for informational purposes at this time.

## AVERAGE ANNUAL ROYALTIES

We also attempted to determine the amount of royalties earned on an annual basis by account. However, as noted above, we were not provided with all of the royalty statements pertaining to certain accounts. Thus, in order to estimate the average annual royalties for each account, we divided the net royalties historically reported and estimated grossed-up amounts by the actual period of time for which we have royalty statements. In those cases where royalty information provided pertained to less than one year, we grossed up the amount to reflect an estimated annual average. The average annual amounts we estimated are presented on Exhibit A.

## CASH RECEIVED/UNRECOUPED BALANCES

The enclosed royalty statement summaries list royalties earned, advances and costs deducted, adjustments, royalty payments and ending balances. As noted above, net royalties earned equals the amount of royalties earned by the compositions and/or masters before taking into consideration expenses, reserves, advances and other statement charges or credits. Accordingly, non-royalty and advance activity affects the actual payments made to writers and can cause a writer account to be in an unrecouped position.

The payment amount reflected on Exhibit A takes into consideration non-royalty activity and advance recoupment and is the sum of net royalty payments (the statement ending balance) and advances paid. With respect to payments made to publishers, songwriters and artists, in some cases we made assumptions on the amount of the payment based on statement ending and beginning balances and the royalty statement detail. In the case of public performance royalties reported directly to the songwriter from performance rights societies, we assumed that all performance royalties earned were paid unless information was provided indicated otherwise. Based on our review and summarization of the royalty statements, TSC Members received cash payments totaling $21,950,000 during the Period.

Based on our review and summarization of the royalty statements, some TSC Member royalty accounts are currently in an unrecouped position. We have listed the amount unrecouped in Exhibit A which totals $(4,109,000). It should be noted that in some cases, we were not provided with the most recent royalty statement. In such cases, we listed the unrecouped balance of the most recent statement provided. Consequently, the unrecouped balances listed may not reflect the current account balance. These unrecouped balances must be earned out before any payments will be made except for additional advances that the payor may be contractually required to pay.

## OTHER INCOME

In some cases, writers earned income that was not included on their royalty statements. Such income is listed on Exhibit B and carried forward to exhibit. The amounts involved are immaterial.

Respectfully submitted,

## QUALIFICATIONS

I, Lewis J. Stark, am a Partner of the Royalty Compliance Division of Moss Adams LLP. Moss Adams LLP is the tenth largest certified public accounting firm in the United States. In 1994, I joined Moss Adams LLP as a Manager in the Los Angeles office and was promoted to Partner in 1999. I have provided royalty compliance services, including conducting royalty examinations in the music industry since 1989 as an employee of Gelfand, Rennert & Feldman, Satin and Company, and now Moss Adams. My clients include recording artists, record companies, songwriters, music publishers, movie studios, patent holders, software developers, licensors and athletes. I also work closely with the largest independent licensors of music rights in North America. In addition, I have performed intangible asset valuations and financial due diligence reviews for potential acquisitions, estate taxes and royalty securitizations, provided litigation support and other related consulting services. I am a Certified Public Accountant licensed in California.

Exhibit A

Sergievskos Collective
Schedule of Gross Royalties Earnings As Reported on Third Party Royalty Statements
For the First Year Period ended 8/6/2003 or 8/8/2003
February 17, 2004

| Publisher/Record Company | Account Number | Account Name | Net Rcpts Reported (1) | Estimated Publisher Fee % (2) | Grossed Up Income | Income is Writers Share of Performance Income | Number of Years For Royalty Earnings History | Amount Awarded Net Rcpts Reported | Amount Awarded Grossed Up Income | Cash Received During Period (3) | Unreconciled Statement Balance Per Last Stmt Provided | Other Income | Status Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bridge Participants** | | | | | | | | | | | | | |
| **Gary Baker** | | | | | | | | | | | | | |
| ASCAP | 1948425 | Gary Baker | $ 395,144 | 0% | 395,144 | | 2.75 | $ 132,790 | $ 132,780 | 355,144 | - | - | |
| ASCAP Foreign | 1648505 | Gary Baker | 165,760 | 0% | 165,760 | | 6.00 | 58,948 | 58,948 | 165,760 | - | - | |
| ASCAP Foreign | 3729 | Gary Baker | 72 | 0% | 72 | | 0.55 | 298 | 298 | 72 | - | - | |
| MAM | 640990009 | Gary Baker | 55,991 | 25% | 73,735 | | 3.00 | 18,434 | 24,578 | 639,877 | - | - | Statement summary combined |
| Media and Media Int'l | 267 | Gary Baker | 9,935 | 25% | 1,247 | | 3.00 | 312 | 416 | 1,025 | - | - | |
| Zomba | 402 | Gary Baker | 3,099 | 25% | 4,126 | | 3.00 | 1,032 | 1,376 | 4,010 | - | - | |
| Zomba | 1222 | Gary Baker | 505,595 | 25% | 674,047 | | 3.00 | 168,512 | 224,682 | 1,157,594 | - | - | |
| Zomba | 833 | Gary Baker | 720,809 | 25% | 961,159 | | 3.00 | 240,290 | 320,386 | - | - | - | |
| Zomba | 884 | Turnover | 23,463 | 25% | 31,284 | | 3.00 | 7,931 | 10,428 | 24,444 | - | - | |
| Zomba | | Turntable | 95 | 0% | 72 | | 1.00 | 72 | 72 | - | - | - | |
| **Subtotal** | | | 1,839,000 | | 2,279,078 | | | 628,656 | 770,049 | 1,207,289 | | | |
| **Enoch Bonitelli (Enoch Bonitelli /Ottakaustralia)** | | | | | | | | | | | | | |
| ASCAP | 2941001 | Buzz-Cut Music | 144,099 | 25% | | | | | | | | - | |
| SESAC Advance | | | 600 | 25% | | | | | | | | - | |
| Cory | | | 180,000 | 25% | | | | | | | | - | |
| Chrysalis Music | | | 7,739 | 25% | | | | | | | | - | |
| US Nationwide Media | | | 9,014 | 25% | | | | | | | | - | |
| WSR Advance | | | 73,522 | 25% | | | | | | | | - | |
| Warner Royalties | | | 319,200 | 25% | | | | | | | | - | |
| **Subtotal** | | | 734,442 | | | | | | | | | | |
| **Richard G. Giles** | | | | | | | | | | | | | |
| SMI | 2941001 | Hennann Cumberland | 58,141 | 25% | 77,521 | | 1.75 | 33,223 | 44,298 | 62,349 | - | - | |
| Hamstein | 220-30-300 | Hennann Cumberland | 35,667 | 0% | 47,556 | | 4.00 | 8,017 | 11,889 | 22,216 | - | - | |
| ASCAP | 4429070 | Richard C. Giles | 22,215 | 0% | 4,001 | Y | 4.50 | 4,507 | 4,507 | 4,001 | - | - | |
| ASCAP Foreign | 4429070 | Richard C. Giles | 4,091 | 0% | 4,001 | | 5.25 | 762 | 762 | - | - | - | |
| Mosaic | 45 | Richard G. Giles | 2,477 | 25% | 3,303 | | 0.50 | 4,864 | 6,808 | - | - | - | |
| Mosaic | 107 | Richard G. Giles | 1,342 | 25% | 1,780 | | 0.50 | 2,054 | 3,678 | - | - | - | |
| Mosaic | 108 | Richard G. Giles | 325 | 25% | 433 | | 0.50 | 650 | 860 | 4,889 | - | - | |
| Warner Turnvstone | 020-900303 | Richard G. Giles | 10,698 | 25% | 14,015 | Y | 0.75 | 14,619 | 19,333 | 22,577 | - | - | |
| BMG | 20037 | Rick Giles | 64,609 | 25% | 61,650 | | 5.50 | 11,103 | 11,103 | 63,564 | - | - | |
| BMG | 416338 | Rick Giles | 615,353 | 25% | 821,247 | Y | 5.35 | 117,321 | 156,428 | 615,883 | - | - | |
| BMG Foreign | 416338 | Rick Giles | 76,303 | 0% | 70,303 | | 5.25 | 14,243 | 14,943 | 75,303 | - | - | |
| BMG Foreign | 416338 | Rick Giles | 22,880 | 25% | 30,541 | Y | 5.40 | 4,219 | 5,606 | - | - | - | |
| Hamstein | 10040 | Rick Giles | - | 25% | - | | | N/A | 9,582 | 24,107 | - | - | |
| Samboner Music | 10041 | Story of Hennstein Cumberland | 28,665 | 25% | 38,247 | | 4.00 | 7,171 | 76,465 | 92,439 | - | - | Statement summary combined |
| BMG | 220-38-300 | Story of Hennstein Cumberland | 294,243 | 25% | 392,324 | | 3.00 | 58,849 | N/A | 41,534 | (119,451) | - | |
| BMG | 21108 | Warner Chappell Music | - | 0% | | | | N/A | N/A | 150,000 | | - | |
| EMI Blackwood | 24789 | Rick Giles | | | | | | | | | | | |
| EMI Blackwood | 2941000 | Rick Giles | | | | | | | | | | | |
| **Subtotal** | | | 1,233,092 | | 1,503,501 | | | 263,728 | 357,056 | 1,191,504 | (119,451) | | |
| **Sam Media** | | | | | | | | | | | | | |
| EMI Picolio Music | 680000000 | Arda Hogit | 9,081 | 25% | 12,308 | | 4.00 | 3,327 | 3,327 | 11,033 | - | - | Statement summary combined |
| BMI | 537296 | Nary Rainbow | 20,638 | 0% | 29,580 | | 5.00 | 5,916 | 5,916 | 25,590 | - | - | |
| BMI Foreign | 537668 | Kely Rainbow | 1,531 | 0% | 1,531 | | 5.00 | 289 | 289 | 1,331 | - | - | |
| Sony ATV | 3485 | Sam Hogh | - | 0% | 22,663 | | 6.00 | 3,090 | 4,121 | - | - | - | |
| BMI | 158041 | Samuel H. Hogit | 92,589 | 0% | 92,589 | Y | 5.25 | 17,638 | 17,638 | 92,889 | - | - | |
| BMI | 658019 | Samuel H. Hogit | 81,871 | 0% | 81,871 | Y | 4.25 | 19,146 | 19,146 | 81,871 | - | - | |
| BMI Foreign | 658020 | Samuel H. Hogit | 122,081 | 0% | 122,081 | Y | 4.00 | 30,608 | 30,608 | 122,081 | - | - | |
| BMI Foreign | 158041 | Samuel H. Hogit | 24,156 | 0% | 24,158 | Y | 5.35 | 4,603 | 4,603 | 19,769 | - | - | |
| BMI Foreign | 658318 | Samuel H. Hogit | 12,283 | 0% | 12,283 | | 4.25 | 2,890 | 2,890 | 9,506 | - | - | |
| BMI Foreign | 658319 | Samuel H. Hogit | 14,256 | 0% | 14,709 | | 4.50 | 3,093 | 3,093 | 14,156 | - | - | |
| EMI Picolio Music | 680580000 | Samuel H. Hogit/Nolys Rainbow | 21,122 | 25% | 28,163 | | 4.00 | 4,884 | 6,258 | 23,628 | - | - | |
| Sony ATV | 4985 | Samuel H. Hogit | 70,452 | 25% | 93,936 | | 5.50 | 12,809 | 17,078 | 20,009 | - | - | |
| Sony ATV | 8000 | Samuel Harper Hogit | 218,355 | 25% | 295,425 | | 5.50 | 53,537 | 52,650 | 312,871 | (51,996) | - | |
| **Subtotal** | | | 710,427 | | 824,654 | | | 147,091 | 187,091 | 738,445 | (51,904) | | |

(1) Most likely understated due to royalty statements yet to be provided or imputs
(2) Assumed at 25% publisher fees (where potentially applicable) to gross up earnings
(3) Includes royalty payments and advance paid

Exhibit A

Songwriters Collective
Schedule of Gross Royalties Earnings As Reported on Third Party Royalty Statements
For the Five Year Period ended 6/30/03 or 9/30/03
February 7, 2004

| Publisher/Record Company | Account Number | Account Name | Net Roys Reported (1) | Estimated Publisher Fee % (2) | Grossed Up Income | Income Is Video Share of Performance Income | Number of Years For Royalty Earnings History | Annual Average Amounts Net Roys Received | Annual Average Amounts Grossed Up Income | Cash Received During Period (3) | Unsecured Statement Balance Per Last Stmt Provided | Other Income | Status Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tim Johnson** | | | | | | | | | | | | | |
| BMI | 287732 | Tim Johnson | 549,053 | 0% | 549,053 | Y | 5.50 | 99,828 | 99,828 | 99,828 | - | - | |
| EMI Foreign | 287732 | Tim Johnson | 28,348 | 0% | 28,348 | | 5.25 | 5,400 | 5,400 | 28,348 | - | | |
| EMI Music Pub | 1040/04000 | Tim Johnson | 508,680 | 25% | 469,173 | Y | 5.50 | 83,236 | 74,555 | 469,173 | - | | |
| Subtotal | | | 584,381 | | 395,574 | | | 185,024 | 179,623 | 739,334 | | | |
| **Holly Lamar** | | | | | | | | | | | | | |
| ASCAP | 1585471 | Lamar Mary Holliday | 1,070,687 | 0% | 1,070,687 | | 3.50 | 305,911 | 305,911 | 1,070,687 | | | |
| ASCAP Foreign | 1585471 | Lamar Mary Holliday | 127,659 | 0% | 127,659 | | 3.00 | 42,986 | 42,986 | 127,659 | | | |
| Cal IV Entertainment | 100801 | Lamar Holly | 239,694 | 33% | 318,372 | | 3.50 | 67,298 | 89,078 | 157,011 | | | |
| Warner Chappell | 055040000 | Mary Holiday Lamar | 169,795 | 33% | 223,387 | | 3.50 | 59,999 | 76,496 | 249,503 | (110,009) | | |
| Warner Chappell | 055040001 | Mary Holiday Lamar | 12,653 | 25% | 16,911 | | 3.00 | 4,229 | 5,637 | 6,897 | | | |
| Subtotal | | | 1,616,271 | | 1,753,006 | | | 476,692 | 519,268 | 1,899,300 | (110,009) | | |
| **Mabiel Friendio Music** | | | | | | | | | | | | | |
| Mabiel Friends Music | 18948 | Mabiel Friends Music | 8,818 | 0% | 8,818 | | 9.00 | 2,039 | 2,039 | | | | |
| ASCAP | 18948 | Mabiel Friends Music | 14,321 | 0% | 14,321 | | 3.50 | 4,092 | 4,092 | 14,321 | | | |
| ASCAP Foreign | 18948 | Mabiel Friends Music | 2,570 | 0% | 2,570 | | 3.00 | 857 | 857 | 2,570 | | | |
| ASCAP | 18954 | Waletown Music | 23,839 | 0% | 23,839 | | 4.25 | 5,607 | 5,607 | 23,839 | | | |
| ASCAP Foreign | 18954 | Waletown Music | 876 | 0% | 876 | | 2.75 | 318 | 318 | 876 | | | |
| Mabiel Friends Music | M0807F | Waletown Music | 87,600 | 0% | 87,000 | | 5.00 | 17,404 | 17,404 | | | | |
| Universal Music Group (HFA) | P0508X | Watertown Music | 17,659 | 0% | 17,559 | | 2.50 | 7,024 | 7,024 | | | | |
| Universal Music Group (HFA) | P0508X | Mabiel Friends Music | 168 | 0% | 168 | | 1.00 | 168 | 168 | 168 | | | |
| Cash Records (HFA) | K621882 | Watertown Music | 1,547 | 0% | 1,547 | | 0.50 | 3,094 | 3,094 | 1,547 | | | |
| Curb Records | | Rick Hall Music | 700 | 0% | 700 | | 0.25 | 1,013 | 1,013 | | | | |
| Curb Records | | House of Fame Music | 858 | 0% | 858 | | 1.00 | 858 | 858 | 858 | | | |
| Curb Records | | Mabiel Friends Music | 10,475 | 0% | 10,475 | | 0.75 | 13,067 | 13,067 | 10,475 | | | |
| BMG Music (HFA) | M0398AD | Watertown Music | 912 | 0% | 912 | | 2.25 | 361 | 361 | 912 | | | |
| BMG Music | 94695 | Mabiel Friends Music | 19,747 | 0% | 19,747 | | 4.50 | 4,388 | 4,388 | 19,747 | | | |
| Colmado Music (HFA) | M10180 | Watertown Music | 1,814 | 0% | 1,814 | | 2.75 | 665 | 665 | 1,814 | | | |
| Oxmoor House (HFA) | M10188 | Mabiel Friends Music | 3,147 | 0% | 3,147 | | 4.50 | 655 | 655 | 3,147 | | | |
| Chrysalis Music | 19003 | Mabiel Friends Music | 691 | 0% | 691 | | 2.30 | 240 | 240 | 691 | | | |
| Talyn Music (Voo) | | Mabiel Friends Music | 1,010 | 0% | 1,010 | | 3.50 | 291 | 291 | 1,010 | | | |
| Warner Music (HFA) | M02030 | Watertown Music | 5,028 | 0% | 5,028 | | 3.25 | 1,547 | 1,547 | 5,028 | | | |
| EMI Capitol (HFA) | P26023X | Mabiel Friends Music | 2,600 | 0% | 2,600 | | 4.50 | 579 | 579 | 2,600 | | | |
| Adine Records (HFA) | M07225 | Mabiel Friends Music | 640 | 0% | 640 | | 0.50 | 1,279 | 1,279 | 640 | | | |
| Nashville Records | | Mabiel Friends Music | 1,123 | 0% | 1,123 | | 1.00 | 1,123 | 1,123 | 1,123 | | | |
| Atlantic Records | M07300 | Watetown Music | 1,654 | 0% | 1,654 | | 4.00 | 452 | 452 | 1,654 | (3,640) | | |
| Subtotal | | | 207,599 | | 207,591 | | | 69,307 | 69,007 | 92,015 | (3,640) | | |
| **David Malloy** | | | | | | | | | | | | | |
| Fanmat Music | 170176 | David Malloy | 23,042 | 25% | 30,723 | | 5.00 | N/A | N/A | 402,233 | (398,822) | | |
| Glen/Warner Chappell | 63830000 | David Malloy | 893 | 25% | 1,191 | | 4.75 | 4,008 | 6,145 | 17,660 | 241 | | |
| Glen/Warner Chappell | 63830001 | David Malloy | 4,469 | 25% | 5,875 | | 3.00 | 241 | 241 | - | 241 | | |
| Rondor Music | 21483 | David Malloy | 5,227 | 25% | 6,969 | | 5.50 | 1,489 | 1,988 | - | - | | |
| Rondor Music | 39181 | David Malloy | 603 | 25% | 803 | | 5.50 | 930 | 1,237 | 166,094 | - | | |
| Rondor/Universal | RA41 | David Malloy | 2,747 | 25% | 3,663 | | 5.50 | 168 | 224 | - | - | | |
| Rondor/Universal | RDTM | David Malloy | 1 | 25% | 95,826 | | 5.50 | 499 | 666 | - | - | | |
| Spanishoz | 1 | David Malloy | 95,826 | 25% | 127,261 | | 2.50 | 39,115 | 99,823 | 276,355 | (67,582) | | |
| Warner Chappell | G0000022 | David Malloy | 131,412 | 25% | 113,501 | | 3.00 | 58,480 | 58,480 | 13,750 | | | |
| Warner Chappell | 63200067 | David Malloy | 85,233 | 25% | 46,145 | | 3.50 | 28,013 | 37,684 | - | | | |
| Dwikwa/Warner/Wakhwa | 61630230 | David Malloy Productions | 33,111 | 25% | 95,893 | | 5.59 | 6,023 | 9,027 | 34,688 | | | |
| Glen/Warner Chappell | 63027018 | James Stroud | 71,987 | 25% | 110,083 | | 3.50 | 47,591 | 63,589 | 20,659 | | | |
| Glenbaush | 1 | Mato'y Toys | 62,562 | 25% | 311,132 | | 2.50 | 63,025 | 44,003 | | | | |
| Francabush | 17200 | Mickey Adams | 23,580 | 25% | | | 2.00 | 15,085 | 15,565 | | | | |
| Subtotal | | | 650,722 | | 1,048,311 | | | 218,817 | 289,225 | 792,412 | (466,404) | | |
| **Tony Marty** | | | | | | | | | | | | | |
| Curb Congregation Songs | 50408 | Lil' Smarten Songs | 1,846 | 25% | 2,461 | | 4.00 | 613 | 613 | 405,583 | (379,507) | | |
| Curb Congregation Songs | 50406 | Tony Marty | 40,547 | 25% | 54,063 | | 4.50 | 12,614 | 12,614 | | | | |
| Curb Songs | 50033 | Tony Marty | 1,849 | 25% | 2,383 | | 4.25 | 6,010 | 6,010 | - | | 22,000 | |
| SESAC | 104115 | Tony Marty | 206,710 | 25% | 206,710 | | 5.00 | 33,575 | 33,575 | 178,609 | (800) | 22,000 | |
| Rob-Lee Songs | 63 | Tony Marty and Faglian Music | 81 | 25% | 108 | | 5.00 | 16 | 22 | (800) | | | |
| Night Rainbow Music | 16 | Tony Marty and Faglian Music | 307 | 25% | 409 | | 4.00 | 78 | 108 | | | | |
| Subtotal | | | 251,146 | | 265,958 | | | 46,906 | 52,017 | 585,590 | (424,485) | 22,000 | |

(1) Most likely understated due to royalty statements yet to be provided or impose
(2) Assumed at 25% publisher fee (where potentially applicable) to gross up earnings
(3) Includes royalty payments and advances paid

Exhibit A

**Songwriters Collective**
**Schedule of Gross Royalties Earnings As Reported on Third Party Royalty Statements**
**For the Five Year Period ended 6/30/03 or 6/30/03**
**February 17, 2004**

| Publisher/Record Company | Account Number | Account Name | Net Rays Reported (1) | Estimated Publisher Fee % (2) | Grossed Up Income | Income to Writers Share of Performance Income | Number of Years For Royalty Earnings History | Amount Reported | Average Amount | Grossed Up Income | Cash Received During Period (3) | Unrecouped Statement Balance Per Last Sent Provided | Other Income | Status Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Richard McDonald** | | | | | | | | | | | | | | |
| BMI | 949551 | McDonald, Richard Vance | 455,630 | 0% | 455,630 | | 4.50 | 101,251 | 101,251 | 101,251 | 455,651 | | | |
| BMI Foreign | 949551 | McDonald, Richard Vance | 22,692 | 0% | 22,692 | | 4.75 | 4,777 | 4,777 | 4,777 | 22,692 | | | |
| Sony/ATV | 7127 | McDonald, Richard Vance | 288,293 | 26% | 388,563 | | 3.75 | 103,562 | 103,562 | 103,562 | 540,009 | (528,728) | | |
| Subtotal | | | 766,615 | | 854,889 | | | 209,590 | 209,590 | 209,590 | 1,018,352 | (423,776) | | |
| **Thom McGrath** | | | | | | | | | | | | | | |
| MCA Music | 3123 | Motown Music | 81,189 | 25% | 88,193 | Y | 2.50 | 20,451 | 22,274 | | 455,651 | | | |
| BMI | 579725 | Thornberrk Music | 14,916 | 0% | 14,916 | | 4.25 | 3,510 | 3,510 | | 14,916 | | | |
| Kobilka Road Music | 579725 | Thornahawk Music | 6,725 | 0% | 6,729 | | 4.25 | 1,583 | 1,583 | | 6,729 | | | |
| Windswept Holdings | 12434 | Thornahawk Music | 82,155 | 26% | 122,073 | Y | 1.50 | 81,437 | 81,915 | | 81,915 | | | Account not summarized |
| Folding Mad Music | | Thomas McHigh | 111,090 | 26% | 145,090 | Y | 2.00 | 72,085 | 97,025 | | 97,025 | | | |
| MCA Music | 3123 | Thomas McHigh | 124,176 | 25% | 165,571 | | 2.00 | 62,089 | 82,762 | | 82,762 | | | |
| Windswept Holdings | 12933 | Thomas McHigh | 53,880 | 25% | 74,840 | | 2.50 | 21,552 | 28,736 | | 185,389 | | | |
| Subtotal | | | 618,239 | | 617,109 | | | 283,297 | 317,561 | | 544,172 | | | |
| **Nazareth** | | | | | | | | | | | | | | |
| MCPS | 1036166/46 | Bite and Weave Music | 335 | 0% | 335 | | 0.33 | 1,076 | 1,076 | | 355 | | | |
| Curb Music | 009052 | Planet Direct | 25,381 | 26% | 33,139 | | 4.00 | 6,328 | 8,463 | | | | | |
| A&M Records (NFN) | M50200 | Ford Glenn Music | 2,581 | 26% | 2,381 | | 4.25 | 595 | 595 | | 1,713 | | | |
| BMG Music (NFN) | M50330 | Ford Glenn Music | 2,595 | 0% | 2,595 | | 4.25 | 765 | 765 | | 2,559 | | | |
| Columbia House (NFN) | M50450 | Ford Glenn Music | 7,589 | 26% | 7,589 | | 4.25 | 1,781 | 1,781 | | 6,002 | | | |
| DKNY Ford (NFN) | M50751 | Ford Glenn Music | 12 | 0% | 12 | | 4.25 | N/A | N/A | N/A | 11 | | | |
| Elektra (NFN) | M50791 | Ford Glenn Music | 1,686 | 25% | 1,686 | | 4.25 | 397 | 397 | | 1,608 | | | |
| MCPS | M45380/2995 | Ford Glenn Music | 12,210 | 0% | 12,210 | | 3.85 | 7,729 | 7,729 | | 12,210 | | | Account not summarized |
| Maldonna (NFN) | M45403 | Ford Glenn Music | 275 | 0% | 275 | | 3.25 | 84 | 84 | | 261 | | | |
| MSI of Miami (NFN) | 051/57305 | Ford Glenn Music | 21 | 0% | 21 | | 0.25 | 84 | 84 | | 30 | | | |
| Phantom Record (NFN) | M50770 | Ford Glenn Music | 8 | 0% | 8 | | 0.25 | 30 | 30 | | 7 | | | |
| Sony Music (NFN) | 0515/57355 | Ford Circle Music | 28,302 | 0% | 28,302 | | 1.50 | 18,865 | 18,865 | | 27,311 | | | |
| Verious (NFN) | 0145/57355 | Ford Circle Music | 628 | 0% | 628 | | 0.50 | 1,055 | 1,055 | | 504 | | | |
| MCPS | 1616/65077 | MACS Music | 2,549 | 0% | 2,549 | | 1.00 | 2,549 | 2,549 | | 2,249 | | | |
| Warner Chappell | 00016031 | MACS Music | 331 | 25% | 406 | | 2.00 | 176 | 176 | | 334 | | | Account not summarized |
| Ciudis Music | 009053 | Nowaich Chattham | 25,934 | 25% | 33,133 | | 4.00 | 6,336 | 6,336 | | 0,435 | | | |
| Ciudis Music | 009060 | Moraisci Muria Ltd | 177,248 | 25% | 177,248 | | 4.00 | 44,325 | 44,325 | | 384,461 | | | |
| MCPS | 2470/076765 | Nazasib (Dunfermline) | 32,448 | 0% | 32,448 | | 1.50 | 21,652 | 21,652 | | 32,448 | | | |
| Warner Chappell | 00030309 | Nazasib (Dunfermline) Ltd | 31,538 | 25% | 32,538 | | 3.50 | 9,022 | 12,162 | | 21,659 | | | |
| Warner Chappell | 0006/63783 | Nazasib (Dunfermline) Ltd | 1,549 | 26% | 2,065 | | 3.60 | 595 | 796 | | | | | |
| Carlin Music | 009063 | Peter Agnew | 35,334 | 25% | 33,733 | | 4.00 | 6,336 | 8,435 | | | | | |
| Carlin Music | 009060 | William McCafferty | 35,534 | 25% | 33,733 | | 4.00 | 9,300 | 9,345 | | | | | |
| A&M Records | 10000383 | Nazasib (Monnalds Records) | 191,770 | 0% | 191,770 | | 4.00 | 53,535 | 53,535 | | 149,076 | | | |
| A&M Records | 10000301 | Nazasib (Ford Circle Mgmt) | 20,255 | 0% | 20,256 | | 3.00 | 6,765 | 6,765 | | 20,553 | | | |
| A&M Records | 10000364 | Nazasib | 28 | 0% | 28 | | 3.00 | 9 | 9 | | | | | |
| Craole Records | 10329 | Nazasib (33230) | 1 | 0% | 1 | | 3.00 | 24,534 | 24,534 | | 67,635 | | | |
| Craole Records | 10319 | Nazasib (Dunfermline) Ltd | 73,573 | 0% | 73,573 | | 3.00 | 24,534 | 24,534 | | | | | |
| Craole Records | N332 | Nazasib (Dunfermline) Ltd | 49,042 | 0% | 49,042 | | 3.00 | 49,042 | 49,042 | | | | | |
| Craole Records | N333 | Nazasib (Dunfermline) Ltd | | 25% | | | 1.00 | N/A | N/A | | 81,946 | | | |
| Eagle Rock | N342 | Nazasib (Dunfermline) Ltd | 57,238 | 0% | 57,238 | | 1.00 | 57,538 | 57,338 | | | (37,277) | | Artist Royalties |
| Eagle Rock | NAZ1-491 | Nazasib (Dunfermline) Ltd | 6,227 | 0% | 6,227 | | 1.00 | 6,227 | 6,227 | | | | | Artist Royalties |
| Universal Records | NAZ2-492 | Nazasib (Dunfermline) Ltd | 69,045 | 0% | 69,040 | | 0.60 | 69,045 | 69,045 | | 262,375 | | | Artist Royalties |
| Universal Records | 420698 | Nazasib (Dunfermline) Ltd | 16,415 | 0% | 16,415 | | 0.60 | 38,830 | 38,830 | | | (114,795) | | Artist Royalties |
| Universal Records | 420822 | Nazasib (Dunfermline) Ltd | 8,372 | 0% | 8,732 | | 3.25 | 3,823 | 3,823 | | 3,880 | | | Artist Royalties |
| Universal Records | 67530/2031 | Nazasib (Alabama Band Music) | 7,267 | 0% | 7,267 | | 3.25 | 2,236 | 2,236 | | 7,245 | | | Artist Royalties |
| Universal Records | 67530/2002 | Nazasib | 1,573 | 25% | 1,573 | | 1.00 | 1,573 | 1,573 | | | (31,517) | | Artist Royalties |
| Subtotal | | | 975,314 | | 978,642 | | | 448,003 | 475,678 | | 1,331,544 | (733,484) | | |
| **Will Robinson** | | | | | | | | | | | | | | |
| Savoa Suwaba Music | 665400/00017 | Will Robinson (Trio Tunes Writer Income) | 19,450 | 25% | 25,867 | | 5.00 | 3,893 | 5,173 | | 87,555 | (128,014) | | |
| Savon Suwaba Music | 665400/00020 | Will Robinson | 63,282 | 25% | 84,376 | | 5.00 | 12,656 | 16,875 | | | | | |
| Savoa Suwaba Music | 665400/00019 | Windswept Pacific Entertainment | 71 | 25% | 95 | | 0.60 | 148 | 190 | | | | | |
| Windswept Music | 665400/00018 | Windswept Music (Writer Only) | 97 | 25% | 129 | | 0.60 | 148 | 190 | | 94 | | | |
| Mapop Music | 291 | Willam S Robinson (Maypop Music) | 1,346 | 25% | 2,622 | | 3.25 | 1,966 | 2,622 | | 1,429 | | | |
| Alabama Band Music | 13 | Willam S Robinson (Alabama Band Music) | 15,658 | 25% | 20,878 | | 1.00 | 15,658 | 20,878 | | 9,690 | | | |

(1) Mass likely unrecovered due to no royalty statement yet to be provided or impute
(2) Assumed at 25% publisher fee (where potentially applicable) to gross up earnings
(3) Includes royalty payments and advances paid

Exhibit A

Songwriters Collective
Schedule of Gross Royalties Earnings As Reported on Titled Party Royalty Statements
For the Five Year Period ended 6/30/05 or 9/30/05
February 17, 2004

| Publisher/Record Company | Account Number | Account Name | Net Pays Reported (1) | Estimated Publisher Fee % (2) | Grossed Up Income | Income to Writers B/W of Performance Income | Number of Years For Royalty Earnings History | Net Pays Reported (Annual Avg) | Grossed Up Income (Annual Avg) | Cash Received During Period (3) | Uncollected Statement Balance Per Last Stmt Provided | Other Income | Status Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sony/ATV LLC** | | | | | | | | | | | | | |
| Extreme Writers Group | 6072 | Will Robinson | 71,894 | 25% | 905,579 | | 4.00 | 17,940 | 23,896 | 66,052 | | | |
| Warning Danger Music | 63001027 | Will Robinson | 211 | 25% | 281 | | 1.00 | 211 | 281 | 110 | | | |
| Warning Danger Music | 6900166 | Will Robinson | (6) | 25% | (8) | | 0.60 | (6) | (8) | 110 | | | |
| EMI April Music | 20900 | Will Robinson Guj Danger/ Will Music | 23,510 | 25% | 31,080 | | 4.00 | 5,760 | 8,007 | 6,607 | (196,294) | | ASCAP is realizing the domestic and foreign royalties to bureau advance. Additional payments made with as accompanying royalty statement |
| BMI Domestic | 291660 | Will Robinson | 33,882 | 25% | 33,882 | Y | 5.00 | 7,976 | 7,976 | 38,882 | | | |
| BMI Foreign | 291669 | Will Robinson | 17,183 | 0% | 17,183 | Y | 5.00 | 3,437 | 3,437 | 17,183 | | | |
| ASCAP Domestic | 1503441 | Will Robinson | 687 | 0% | 687 | Y | 3.00 | 229 | 229 | 687 | | | |
| ASCAP Foreign | 1500441 | Will Robinson | 17,348 | 0% | 17,348 | Y | 4.00 | 3,655 | 3,655 | 17,348 | | | |
| Subtotal | | | 271,074 | | 336,309 | | | 73,022 | 92,437 | 229,152 | (335,338) | | |
| **Amilia Retloff** | | | | | | | | | | | | | |
| ASCAP | 7827150 | Retloff, Amelia | 1,525,685 | 0% | 1,629,006 | Y | 5.00 | 305,819 | 325,819 | 1,623,168 | | | |
| ASCAP Foreign | 7827152 | Retloff, Amelia | 195,640 | 0% | 195,640 | Y | 5.00 | 57,928 | 57,928 | 142,571 | | | |
| ASCAP -Sup/Domestic Paid | 7927150 | Retloff, Amelia | 434,903 | 0% | 434,903 | Y | 5.00 | 86,981 | 86,981 | 454,903 | | | |
| ASCAP Foreign - Sup, Perm | 7927100 | Retloff, Amelia | 8,196 | 0% | 9,196 | Y | 5.00 | 1,639 | 1,639 | 6,190 | | | |
| ALMO Music | 10134380 | Retloff, Amelia (ANWA Music) | 1,704,132 | 25% | 2,272,079 | 25% | 6.00 | 349,032 | 465,532 | 2,375,369 | | | All Ricofar and Alma accts combined |
| ALMO Music | 3501230FRK1 | Retloff, Amelia (ANWA Music) | 1,444,152 | 25% | 1,925,696 | 25% | 6.00 | 286,830 | 385,121 | | | | |
| Subtotal | | | 5,314,010 | | 6,364,760 | | | 1,062,863 | 1,272,856 | 4,598,442 | | | |
| **Randall Rogers** | | | | | | | | | | | | | |
| BMI | 236855 | Randall Rogers | 393,517 | 0% | 393,517 | Y | 5.35 | 66,203 | 69,203 | 386,317 | | | |
| BMI | 895540 | Randall Rogers | 27,760 | 0% | 27,760 | Y | 1.00 | 27,760 | 27,760 | 22,749 | | | |
| BMI | 036000W | Randall Rogers | | 0% | | Y | 1.00 | | | | | | |
| BMI Foreign | 286356 | Randall Rogers | 28,600 | 0% | 28,600 | Y | 5.25 | 5,509 | 5,509 | 28,609 | | | |
| BMI Foreign | 691540 | Randall Rogers | 4,208 | 0% | 4,208 | Y | 1.60 | 4,208 | 4,208 | 4,208 | | | |
| BMI | 035000V | Randall Rogers | 3,417 | 0% | 3,417 | Y | 0.35 | 13,698 | 13,698 | 3,417 | | | |
| Long Yellow Music | 10985 | Randall Rogers | 36,482 | 25% | 32,543 | 2.00 | | 16,523 | 18,523 | 16,523 | | | |
| Maypop Music Group | 99 | Randall Rogers | 3,412 | 25% | 4,549 | 1.50 | | 2,274 | 3,033 | 1,730 | | | |
| Maypop Music Group | 168 | Randall Rogers | 93,012 | 25% | 125,216 | 1.50 | | 62,008 | 83,477 | | | | |
| Statue Jobs | 40029 | Randall Rogers | 127,858 | 25% | 170,485 | 0.50 | | 23,341 | 30,883 | 124,082 | | | |
| Sony ATV | 3074 | Randall Rogers | 3 | 25% | 4 | 0.25 | | 12 | 16 | | | | |
| Sony ATV | 8842 | Randall Rogers | 444,331 | 0% | 444,331 | 4.40 | | 83,306 | 111,078 | 573,769 | (202,687) | | |
| Sony ATV | 9182 | Randall Rogers | 157,000 | 25% | 209,069 | 3.75 | | 49,341 | 83,341 | | | | |
| Southern Arts Music | SAM | Randall Rogers | 4,416 | 25% | 5,889 | 3.50 | | 600 | 1,071 | 603 | | | |
| Roota Stu Music | 295976 | Roota Stu Music | 6,459 | 25% | 8,459 | 3.75 | | 2,263 | 2,263 | 8,443 | | | |
| BMI Foreign | 295770 | Roota Stu Music | 146 | 25% | 146 | 0.25 | | 49 | 49 | 156 | | | |
| BMI Foreign | L4690 | Roota Stu Music | | 25% | | 0.25 | | 34 | 35 | 49 | | | |
| BMI Design | 160 | Roota Stu Music | 38,370 | 25% | 51,607 | 1.50 | | 25,513 | 34,551 | 19,465 | | | |
| Subtotal | | | 1,224,453 | | 1,465,164 | | | 369,018 | 469,327 | 1,762,719 | (202,687) | | |
| **Anita Roman** | | | | | | | | | | | | | |
| ASCAP | 7890555 | Anita Roman | 279,036 | 0% | 279,036 | Y | 5.00 | 55,807 | 55,807 | 279,036 | | | W&R Accts A & B Combined on royalty statement summary |
| ASCAP Foreign | 7880555 | Anita Roman | 105,575 | 0% | 105,575 | Y | 5.50 | 19,377 | 19,377 | 105,575 | | | |
| WMR | A | Anita Roman | 706,816 | 0% | 981,086 | 9.00 | | 117,058 | 162,658 | 652,750 | (334,793) | | |
| WMR | B | Anita Roman | 199,511 | 25% | 266,015 | 25% | | 48,372 | 48,372 | | | | |
| Subtotal | | | 1,290,938 | | 1,632,714 | | | 239,324 | 320,704 | 1,239,360 | (334,793) | | |
| **Kidi Santander** | | | | | | | | | | | | | |
| Famous Music | 17422 | Kidi Santander | 49,654 | 25% | 66,472 | 25% | 0.50 | 99,768 | 132,944 | | (246,993) | | |
| Moon Pod Music | 57872 | Moon Pod Music | 67 | 25% | 89 | 25% | 1.00 | 67 | 61 | 67 | | | |
| BMI Foreign | 578722 | Moon Pod Music | 61 | 0% | 61 | 1.00 | | 61 | 61 | 61 | | | |
| Foreign Imported Prod. | 10123 | Moon Pod Music | 59 | 0% | 59 | 1.00 | | 59 | 59 | 110 | | | |
| Foreign Imported Prod. | 10422 | Moon Pod Music | 110 | 25% | 99 | 4.00 | | 576,745 | 576,745 | 896,023 | | | |
| BMI Domestic | 558556 | Santander, Flavio Enrique | 2,338,980 | 25% | 2,394,980 | Y | 3.50 | 228,976 | 228,976 | 894,599 | | | |
| BMI Foreign | | Santander, Flavio Enrique | 893,599 | 0% | 804,599 | 3.35 | | 247,338 | 247,338 | 803,850 | | | |
| BMI Design | 558598 | Santander, Flavio Enrique | 803,850 | 0% | 803,850 | | | | | | | | |
| Subtotal | | | 3,560,437 | | 3,840,425 | | | 1,103,864 | 1,187,069 | 2,495,176 | (246,993) | | |
| **Larry Stewart** | | | | | | | | | | | | | |
| BMI | 330204 | Larry Stewart | 2,765 | 0% | 2,765 | 4.75 | | 599 | 599 | 2,765 | (4,502) | | |
| EMI Blackwood | 87901060 | Larry Stewart | 882 | 25% | 1,449 | 3.00 | | 287 | 382 | | (27,745) | | |
| Warner Chappell | | Larry Stewart | 1,449 | 25% | 1,449 | 1.00 | | 1,055 | 1,460 | 21,250 | (6,442) | | |
| BMG Songs | 65634000 | Larry Stewart | 726 | 25% | 726 | 2.75 | | 1,588 | 2,060 | | (165,811) | | |
| BMI | 222358 | Larry Stewart/dba Peipoti-Prob | 5,544 | 25% | 7,390 | 3.50 | | 440 | 587 | 85,000 | | | |
| BMI | 840235 | Larry Stewart dba Steul Witosia | 1,541 | 55% | 1,159 | 3.25 | | 593 | 593 | 457 | | | |
| BMI | 194697 | Larry Stewart dba Steul Witosia | 1,169 | 0% | 1,169 | 3.00 | | 393 | 393 | 1,166 | | | |
| Warner Chappell | 65654001 | Larry Stewart Music | 2,038 | 25% | 3,815 | 2.75 | | 1,069 | 1,424 | 143 | | | |

(1) Net pays understated due to royalty statements yet to be provided or impede
(2) Assumed at 25% publisher fee (where potentially applicable) to gross up earnings
(3) Includes royalty payments and advances paid

Page 4 of 5

Exhibit A

Songwriters Collective
Schedule of Gross Royalties Earnings As Reported on Third Party Royalty Statements
For the Five Year Period ended 9/30/03 or 9/30/03
February 17, 2004

| Publisher/Record Company | From Actual Royalty Statement Where? Account Number | Account Name | Net Rlyts Reported (1) | Estimated Publisher Fee % (3) | Grossed Up Income | Income to Writers Share of Performance Income | Number of Years For Royalty Earning History | Net Rlyts Reported | Annual Average Amounts Grossed Up Income | From Royalty Statement Summaries — Cash Received During Period (2) | Uncouped Statement Balance Per Last Stmt Provided | Other Income | Status Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Travis Tritt** | | | 15,502 | | 15,838 | | | 6,392 | 8,601 | 110,344 | (263,390) | | |
| Sony/ATV | 5220 | James T Tritt | 498,083 | 26% | 621,684 | | 5.59 | 84,775 | 113,033 | 540,305 | | | |
| BMI | 279432 | Post Oak Publishing | 825,400 | 0% | 825,400 | | 4.35 | 173,797 | 173,797 | 835,400 | | | Advance only – Account not summarized |
| BMI Foreign | 273342 | Post Oak Publishing | 31,710 | 0% | 31,710 | | 4.76 | 6,676 | 6,676 | 31,710 | | | |
| Sony Music | 28720/2020 | Post Oak Publishing, Inc. | 191,611 | 25% | 255,081 | | 2.50 | 76,924 | 102,032 | 204,508 | | | |
| Sony ATV | 119 | Post Oak Publishing, Inc. | 20,133 | 25% | 26,844 | | 6.25 | 3,045 | 5,113 | 22,124 | | | |
| BMI | 942149 | Travis Tritt Publishing | 50,632 | 0% | 50,632 | | 5.35 | 9,544 | 9,544 | 50,632 | | | |
| BMI Foreign | 942148 | Travis Tritt Publishing | 3,681 | 0% | 3,681 | | 5.54 | 1,669 | 1,669 | 3,681 | | | |
| Subtotal | | | 1,660,020 | | 1,830,022 | | | 357,047 | 412,691 | 1,681,735 | | | |
| **Jerry Vernon** | | | 415,696 | | 554,050 | | | 141,030 | 188,051 | 26,692 | (26,000) | 250,000 | |
| EMI Media Publishing | | Little Horn Music | 26,000 | 29% | 33,333 | | 1.00 | N/A | N/A | 150,000 | (55,000) | | |
| Sony Music Germany | 1333 | Little Horn Music | 13,398 | 35% | 17,821 | | 1.00 | 13,398 | 17,821 | | | | Account not summarized |
| BMG Music (HFA) | | Little Horn Music | 2,912 | 25% | 3,883 | | 1.00 | 2,912 | 3,883 | | | | Account not summarized |
| PolyGram Records (HFA) | P98415 | Little Horn Music | 4,388 | 25% | 5,717 | | 0.76 | 5,717 | 7,623 | | | | Account not summarized |
| Leeds Entertainment | P98415 | Little Horn Music | 6,383 | 25% | 8,471 | | 0.59 | 12,705 | 16,942 | | | | |
| Austin Musics | 2459 | Little Horn Music | 1,949 | 25% | 3,649 | | | N/A | N/A | | | | |
| Embassy Music | | Little Horn Music | 2,787 | 25% | 3,649 | | | N/A | N/A | | | | |
| Columbia House Club | 1077 | Little Horn Music | 100 | 25% | 133 | | 1.00 | 100 | 133 | 592 | | | |
| Ricky Communications | | Sound Dept Ltd | 133,559 | 25% | 197,452 | | 1.25 | 71,795 | 56,697 | | | | |
| STEMRA | | Sound Dept Ltd | 7,046 | 25% | 5,087 | | | N/A | N/A | | | | Account not summarized |
| WB Music Group | | Windward-Landmark Group | 4,762 | 35% | 6,349 | | | N/A | N/A | | | | Account not summarized |
| Rounds Music | | Windward-Landmark Group | 7,136 | 35% | 6,915 | | | N/A | N/A | | | | Account not summarized |
| New Line Cinema | | Windward-Landmark Group | 51,166 | 35% | 68,221 | | | N/A | N/A | | | | Account not summarized |
| TVT Records | | Windward-Landmark Group | 163,740 | 35% | 218,320 | | 4.76 | 34,472 | 45,962 | | | | Account not summarized |
| Leeds Ent./Rustina Assoc. | | Windward-Landmark Group | | 25% | | | | N/A | N/A | | | | |
| Subtotal | | | 415,696 | | 554,050 | | | 141,030 | 188,051 | 26,692 | (26,000) | 250,000 | |
| **Billy Joe Walker** | | | 53,423 | | 60,677 | | | 21,675 | 26,664 | 160,000 | (401,781) | 272,000 | |
| ASCAP | 1926720 | Billy Joe Walker | 17,594 | 0% | 17,594 | | 2.75 | 6,389 | 6,386 | | | | |
| ASCAP Foreign | 1925720 | Billy Joe Walker | 8,653 | 0% | 8,653 | | 4.75 | 1,863 | 1,863 | 40,000 | (246,272) | | |
| BMI | 359404 | Billy Joe Walker | 4,474 | 0% | 4,474 | | 4.75 | 942 | 942 | 150,000 | (155,509) | | |
| BMI Foreign | 359404 | Billy Joe Walker | 1,261 | 0% | 1,261 | | 4.50 | 280 | 280 | | | | |
| Songs Of Universal | M352 | Billy Joe Walker | 5,044 | 25% | 6,632 | | 5.50 | 908 | 1,344 | | | | |
| Songs Of Universal | M712 | Billy Joe Walker | 4,390 | 25% | 5,853 | | 5.50 | 902 | 1,522 | | | | |
| MCS Music | 3225 | Cabozia Music | 3,233 | 25% | 4,271 | | 1.00 | 3,203 | 4,271 | | | | |
| MCS Music | 3225 | Cabozia Music/Gory Cotten | 3,893 | 25% | 5,319 | | 0.75 | 3,813 | 7,094 | | | | |
| MCS Music | 3273 | Cabozia Music/Chaos Texicus | | 25% | 27 | | 0.25 | 80 | 108 | | | | |
| Warner Bros Music | 6590200 | Mirofilm Pop Music LLC | 662 | 35% | 1,140 | | 1.50 | 875 | 785 | | | | |
| Warner Bros Music | 6590/3895 | Mirofilm Pop II Music | - | 35% | - | | 1.50 | - | - | | | | |
| MCS/Copyright Mgmt. | 147 | More Is Bullet Music | 2,071 | 25% | 2,761 | | 3.00 | 809 | 820 | | | | |
| MCS/Copyright Mgmt. | 774 | More Is Bigger Music | 761 | 25% | 1,015 | | 3.50 | 217 | 290 | | | | |
| MCS Music | 3327 | Sentbeero Isla Music | (6) | 25% | (8) | | 0.25 | (18) | (23) | | | | |
| MCS Music | 3282 | Sentbeero Isla Music | 20 | 25% | 27 | | 0.25 | 80 | 108 | | | | |
| MCS Music | 3253 | Sentbeero Isla Music | 20 | 25% | 27 | | 0.25 | 80 | 108 | | | | |
| Subtotal | | | 53,423 | | 60,677 | | | 21,675 | 26,664 | 160,000 | (401,781) | 272,000 | |
| **Total** | | | 29,463,053 | | 27,516,874 | | | 6,959,310 | 7,410,361 | 21,660,474 | (4,096,120) | | |

(1) Most likely understated due to royalty statements yet to be provided or input.
(2) Assumed at 25% publisher fee (where potentially applicable) to gross up earnings
(3) Includes royalty payments and advances paid

Exhibit B

Songwriters Collective
Schedule of Other Earnings As Reported on Third Party Royalty Statements
For the Five Year Period ended 6/30/03 or 9/30/03
12/30/2003

| Writer/Publisher | Payor | Date | Description | Amount | Source/Comments |
|---|---|---|---|---|---|
| Jono Varana | Basthie and Associates | 4/16/1998 | Payment for partial music publishing catalog purchase | $ 117,932 | Purchase agreement/wire transfer |
| Jono Varana | Basthie and Associates | 5/4/1998 | Payment for partial music publishing catalog purchase | 40,000 | Purchase agreement/wire transfer |
| Jono Varana | Leed Music | 1/12/2000 | Payment for partial music publishing catalog purchase | 55,000 | Wire transfer |
| Jono Varana | Leed Music | 2/7/2000 | Payment for partial music publishing catalog purchase | 37,068 | Wire transfer |
| Total | | | | $ 250,000 | |
| | | | | | |
| Tony Marty | SESAC | 4/25/2003 | Advance | $ 12,000 | SESAC statement |
| Tony Marty | SESAC | 8/8/2003 | Advance | 10,000 | SESAC statement |
| Total | | | | $ 22,000 | |