KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Michael C. Harwood (MH 4227)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

FORTRESS CREDIT OPPORTUNITIES I, LP and
FORTRESS CREDIT OPPORTUNITIES II, LP,

           Plaintiffs,   :   07-CV-7369 (HB)(DCF)

           -against-   :   JURY TRIAL DEMANDED

WAYNE C. COLEMAN, THE ROYALTY
COMPLIANCE ORGANIZATION and
MOSS ADAMS LLP

           Defendants.

------------------------------------------------------------------x

**DECLARATION OF MICHAEL C. HARWOOD**

    Michael C. Harwood, an attorney duly admitted to practice law by and before the Courts of the State of New York hereby declares, pursuant to 28 U.S.C. §1746, under penalties of perjury as follows:

    1.    I am a member of Kasowitz, Benson, Torres & Friedman LLP, counsel for Plaintiffs Fortress Credit Opportunities I, LP and Fortress Credit Opportunities II, LP ("Plaintiffs") in this matter.

1

2

2. Attached hereto as Exhibit 1 is a true and correct copy of an Execution Copy of the Loan Agreement between The Songwriter Collective, LLC, as borrower, and Fortress Credit Opportunities I, LP, as Lender and Agent for the Lenders, dated as of March 1, 2004.

3. Attached hereto as Exhibit 2 is Plaintiffs' Amended Complaint in this action.

MICHAEL C. HARWOOD (MH 4227)

Dated: October 2, 2007
       New York, New York