Dorothy M. Weber, Esq. (DW 4734)
SHUKAT ARROW HAFER WEBER
 & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
212-245-4580
Attorneys for the RCO Defendants

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07



OCT 17 2007

HA...
U.S. DISTRICT JUDGE
S D N Y

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

FORTRESS CREDIT OPPORTUNITIES I, LP; and :
FORTRESS CREDIT OPPORTUNITIES II, LP     :        07-CV-7369 (HB)
                                         :
                Plaintiffs,              :
                                         :
       -against-                         :        STIPULATION
                                         :        EXTENDING TIME
                                         :
WAYNE C. COLEMAN, THE ROYALTY            :
COMPLIANCE ORGANIZATION and MOSS         :
ADAMS LLP                                :
                                         :
                Defendants.              :
------------------------------------------------------------

**IT IS HEREBY STIPULATED** and agreed to by and between the attorneys for the Plaintiffs, Fortress Credit Opportunities I, LP and Fortress Credit Opportunities II, LP, and for the Defendants, Wayne C. Coleman and The Royalty Compliance Organization ("the RCO Defendants"), that the time by which the RCO Defendants shall answer or otherwise move against the Amended Complaint is hereby extended to and including November 9, 2007. There was one prior request for extension of time in connection with the original Complaint. This request is in connection with the Amended Complaint, which the RCO Defendants are currently

required to Answer or otherwise move against by October 24, 2007. A current copy of the docket report is enclosed.

The parties further agree that this Stipulation may be executed and shall be sufficient via facsimile transmission.

Dated:   October 17, 2007
         New York, New York

| | |
|---|---|
| SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP | KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP |
| By: *Dorothy M Weber* KDNF<br>Dorothy M. Weber (DW 4734)<br>111 West 57th Street, Suite 1120<br>New York, New York 10019<br>212-245-4580<br>Attorneys for Defendants<br>Wayne C. Coleman<br>The Royalty Compliance Organization | By: *Michael C Harwood* ZDNF<br>Michael C. Harwood (MH 4227)<br>1633 Broadway<br>New York, New York 10019<br>212-506-1709<br>Attorneys for Plaintiffs<br>Fortress Credit Opportunities I, LP<br>Fortress Credit Opportunities II, LP |

This does not effect the PTC scheduled for 10/24/07. So team as much as you can about your case as the Rules suggest before you come.

SO ORDERED

*Harold Baer*
Honorable Harold Baer
United States District Judge

Endorsement:

    This does not affect the PTC scheduled for 10/24/07 so learn as much as you can about your case as the Rules suggest before you come.