**SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP**
Dorothy M. Weber [DW-4734]
Kyle Fogden [KF-3043]
*Attorneys for Defendants Wayne C. Coleman*
*& The Royalty Compliance Organization*
111 West 57th Street, Suite 1120
New York, New York 10019
(212) 245-4580

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FORTRESS CREDIT OPPORTUNITIES I, LP AND
FORTRESS CREDIT OPPORTUNITIES II, LP

                07-CV-7369 (HB)

      Plaintiffs,

     -against-

                **NOTICE OF MOTION**

WAYNE C. COLEMAN, THE ROYALTY
COMPLIANCE ORGANIZATION and MOSS      **ORAL ARGUMENT**
ADAMS LLP                                     **REQUESTED**

      Defendants.
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that upon the accompanying Declarations of Dorothy M. Weber dated November 9, 2007 and Wayne C. Coleman dated November 8, 2007 the exhibits attached thereto, and the accompanying Memorandum of Law, Defendants, Wayne C. Coleman and The Royalty Compliance Organization (the "RCO Defendants") will move this Court before the Honorable Harold Baer, Jr. at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007:

      (i)      pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs' Amended Complaint as against the RCO Defendants; or, in the alternative,

      (ii)     to stay to stay the action; and

(iii)    for such other further relief as the Court deems proper.

Defendants request oral argument in connection with this motion.

Dated:    New York, New York
         November 9, 2007

                        SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP

By: _____
      Dorothy M. Weber [DW-4734]
      Kyle Fogden [KF-3043]
      *Attorneys for Defendants Wayne C. Coleman*
      *and The Royalty Compliance Organization*
      111 West 57th Street, Suite 1120
      New York, New York 10019
      (212) 245-4580

To:    Michael C. Harwood (MH-4227)
       Kasowitz, Benson, Torres & Friedman LLP
       Attorneys for Plaintiffs
       1633 Broadway
       New York, New York 10019
       (212)506-1709

To:    Thomas R. Manisero (TM-8548)
       Wilson, Elser, Moskowitz, Edelman, & Dicker LLP
       Attorneys for Defendant Moss Adams LLP
       150 East 42nd Street
       New York, New York 10017-5639
       (212) 490-3000