Dorothy M. Weber, Esq. (DW 4734)
SHUKAT ARROW HAFER WEBER
 & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
212-245-4580
Attorneys for Defendant Wayne C. Coleman
 & The Royalty Compliance Organization

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

| | |
|---|---|
| Fortress Credit Opportunities I, LP; and<br>Fortress Credit Opportunities II, LP<br><br>    Plaintiffs,<br><br>    -against-<br><br>WAYNE C. COLEMAN, THE ROYALTY<br>COMPLIANCE ORGANIZATION and MOSS<br>ADAMS LLP<br><br>    Defendants. | 07-CV-7369 (HB)<br><br>**RULE 7.1 STATEMENT** |

------------------------------------------------------------------

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants Wayne C. Coleman and The Royalty Compliance Organization (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:

NONE

Dated:    New York, New York
         November 9, 2007

                              SHUKAT ARROW HAFER WEBER
                              & HERBSMAN, LLP

                              By: /s/ Dorothy M. Weber
                              Dorothy M. Weber, Esq. (DW 4734)
                              111 West 57th Street, Suite 1120
                              New York, New York 10019
                              212-245-4580