UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FORTRESS CREDIT OPPORTUNITIES I, LP and
FORTRESS CREDIT OPPORTUNITIES II, LP,

                      07-CV-7369 (HB)

       Plaintiffs,

 -against-

WAYNE C. COLEMAN, THE ROYALTY
COMPLIANCE ORGANIZATION and MOSS
ADAMS LLP

       Defendants.
------------------------------------------------------------------x

## DECLARATION OF THOMAS R. MANISERO IN SUPPORT OF DEFENDANT MOSS ADAMS LLP's MOTION FOR JUDGMENT

Thomas R. Manisero, an attorney duly admitted to practice law by and before this Court and the Courts of the State of New York hereby declares, pursuant to 28 U.S.C. §1746, under penalties of perjury as follows:

1. I am a member of the firm Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for defendant Moss Adams LLP ("Moss Adams"). I respectfully submit this declaration in support Moss Adams' motion, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for judgment on the pleadings dismissing the complaint as against Moss Adams.

2. The arguments supporting Moss Adams's motion are set forth in the accompanying memorandum of law, to which the Court is respectfully referred.

3. Attached as Exhibit A is a true and correct copy of Plaintiffs' Complaint dated August 17, 2007.

2948022.1

4. Attached as Exhibit B is a true and correct copy of Moss Adams's Answer dated September 18, 2007.

5. Attached as Exhibit C is a true and correct copy of the transmittal letter under which Moss Adams' so-called "Due Diligence Report" to The Songwriters Collective and to Joshua Pack of Fortress I by facsimile on February 17, 2004.

6. Attached as Exhibit D is a true and correct copy of the so-called "Due Diligence Report" dated February 17, 2004.

7. Attached as Exhibit E is a true and correct copy of the Tolling Agreement, effective February 28, 2007, between Plaintiffs and Moss Adams.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: White Plains, New York
September 18, 2007

_____
Thomas R. Manisero

2948022.1

February 17, 2004

Ms. Jeanie Mason
The Songwriters Collective
3717 E. Thousand Oaks Blvd.
Westlake, CA 91362

Re:   **Due Diligence Report / The Songwriters Collective**

Dear Ms. Mason:

Pursuant to the terms of our engagement, we have accumulated royalty data from the third party songwriter, publisher, artist, and producer royalty statements issued to those Songwriters, Publishers, Recording Artists and Record Producers ("TSC Members" or "Members") that are joining The Songwriter Collective. With respect to Greg Barnhill and Jono Varana, we used unaudited personal financial statements to accumulate royalty earnings. We summarized the accumulated data in various summary and detailed reports as noted below.

We did not perform an appraisal of the underlying assets, legal due diligence or any audit procedures. We accepted the royalty information reported on third-party royalty statements to be complete and accurate. Our report solely presents historical royalty activity as reported on royalty statements and financial statements and is designed to assist The Songwriters Collective and its representative to determine the value of the royalty streams and to project future royalty earnings and cash flows.

## BACKGROUND

In order to exploit their compositions to generate royalties, songwriters either use a publishing company or self-administer their catalog. A songwriter relationship with a publisher is a contractual arrangement that is usually structured as either:

- A songwriter deal – in which the publisher owns and controls the copyright and the songwriter is only entitled to the songwriter's income stream which is 50% of the total royalties generated by the compositions. The publisher will collect 100% of the royalties earned (excluding the writer share of public performance income collected by performing rights societies) and will issue a royalty statement to the songwriter along with payment. The amount paid to the songwriter will be 50% of the amount collected by the publisher unless the publisher is contractually entitled to an administration fee less costs, advance recoupments and other charges, if any. Royalty statements and payments are usually issued on a quarterly or semi-annual basis.

- A co-publishing deal – in which the songwriter will establish its own publishing company and will grant a partial ownership interest in the copyright, generally 50% to another (third-party) publisher. The third party publisher will collect the 100% of the royalties earned (excluding the writer share of public performance income collected by performing rights societies) and will issue a royalty statement to the publisher along with payment. The third party publisher will either issue a separate royalty statement to the both the publisher and songwriter or will issue only one royalty statement to the publisher. If only one statement is issued, the statement will include 100% of the songwriter's share of royalties and 50% of the publisher's share of royalties less the third party publisher's administration fee (if it is contractually entitled to an administration fee) less costs, advance recoupments and other charges, if any. In some cases, the songwriter's publishing company would then issue a separate royalty statement to the songwriter. Royalty statements and payments are usually issued on a quarterly or semi-annual basis.

- An administration deal – in which the songwriter establishes its own publishing company, retains 100% ownership in the copyrights and licenses the right to exploit the compositions to another (third-party) publisher. The publisher will collect the 100% of the royalties earned (excluding the writer share of public performance income collected by performing rights societies) and will issue a royalty statement to the publisher along with payment. In some cases the third party publisher will either issue a separate royalty statement to the songwriter or the royalty statement issued to the songwriter's publishing company will include combined amounts. The amount paid to the publisher and songwriter will usually be 75% to 95% of the amount collected by the third party publisher less costs, advance recoupments and other charges, if any. Royalty statements and payments are usually issued on a quarterly or semi-annual basis.

- Songwriter's share of public performance royalties collected by performance rights societies (SESAC, ASCAP and BMI) – is paid directly to the songwriter, not to the publisher.

We were provided with various royalty statements rendered by third party publishers, performance rights societies, mechanical royalty collection agencies and record companies to TSC Members. We accumulated royalty earnings data from these royalty statements at a song level by inputting detailed royalty activity for each composition into a database. Information collected from publisher and songwriter royalty statements includes the following:

- Publisher/Payor of Royalties
- The Recipient's Account Number
- The Recipient's Account Name
- The Beginning Date of the Statement
- The Ending Date of the Statement
- The Type of Income

The Songwriters Collective
February 17, 2004
Page 3

- Song Title
- Amount of Royalties Earned

With respect to artist and/or producer royalty statements, the following information was obtained from the royalty statements:

- Record Company/Payor
- Account Number
- Account Name
- Statement Ending Date
- Income Type
- Product Title
- Amount of Royalties Earned

In some cases, when royalty amounts earned were immaterial, we grouped activity and input combined amount under "various songs" or "various".

We also accumulated royalty statement activity on an overall basis at the account level by summarizing royalty and non royalty activity for each royalty statement issued. Non-royalty activity includes, cash payments, advances paid, costs, other amounts charged and account balance information. We obtained this information from third-party royalty statement summary pages or from the detailed section of the third-party royalty statements. In those cases where summary pages were not issued or were not provided, we either assumed the net royalties earned were paid and/or did not include non-royalty activity in the royalty statement summaries for the missing periods. We prepared a royalty statement summary schedule for the majority of TSC Member royalty accounts which are included electronically herein.

### NET ROYALTIES REPORTED

The song level detailed royalty data is included electronically for further summarization and analysis. This detailed data represents actual royalty earnings by composition and may or may not reflect actual cash receipts. Please note that our data entry is not complete at this time. The amount of detailed royalties input total $23,051,000 which comprises approximately 94.25% of the total royalties earned by the TSC Members during the Period (based on the royalty statements provided).

The royalty statement summaries provide a complete picture of royalty and non-royalty activity reported by the reporting source. These summaries present royalties earned by type, adjustments to royalties, advances paid, costs, other statement charges and royalty payments and enabled us to determine if the royalty account was in an unrecouped (negative) position. The amount of royalties we summarized at the account level totals $24,461,000.

Royalty and certain non-royalty activity for the recent five-year period ("Period") is presented on Exhibit A. This information is segregated by TSC Member and by the Member's individual royalty account. As noted above, net royalties earned equals the amount of royalties actually earned by the compositions or masters over the Period net of third-party publisher fees but without consideration for non-royalty activity. In some cases, we were not provided with all of the royalty statements and/or royalty statement cover pages. Thus, the amount of net royalties earned as presented in both Exhibit A, the database and in the royalty statement summaries may be understated for those accounts affected. We did not make or include any estimates to account for missing royalty statements.

### ESTIMATED PUBLISHER FEE/GROSSED UP ROYALTIES

With respect to publishing royalties, in most cases, songwriters have assigned, licensed or sold an interest in their copyrighted compositions to third-party publishing companies. As noted above, publishing companies normally charge writers between 5% and 50% of the royalties collected by the publisher to administer the writer's rights or publishing companies take a partial ownership in the compositions and retain its portion of the income derived from the compositions. In some cases a writer's administration agreement with its publisher may expire or the publisher's ownership interest may be granted for a limited period. Upon termination or expiration of the publisher's administrative or ownership rights, the writer will be able to collect the amounts previously retained by the third party publisher. In such cases and apart from the normal fluctuation of royalties, the writer's net royalty earnings will increase. However, the writer will have to either retain the service of another publisher (The Songwriter Collective included) or self-administer its compositions which could offset this increase.

On an overall basis, we have estimated that the writers will be able to increase royalties received by 25% (excluding the writer's share of performance income). This increase is based on the assumption that some writers will recapture their rights as noted above (thus increasing the share of royalties received) as well as from savings derived from direct licensing by SESAC in foreign territories which eliminates the need for sub-publishers and should accelerate foreign royalty payments to TSC Members. The blanket 25% estimation is speculative as we have not been provided with information enabling us to determine the actual amount or percentage increase applicable to each TSC member as a result of these factors. The potential effect of the recapture of income is presented only for informational purposes at this time.

### AVERAGE ANNUAL ROYALTIES

We also attempted to determine the amount of royalties earned on an annual basis by account. However, as noted above, we were not provided with all of the royalty statements pertaining to certain accounts. Thus, in order to estimate the average annual royalties for each account, we divided the net royalties historically reported and estimated grossed-up amounts by the actual period of time for which we have royalty statements. In those cases where royalty information provided pertained to less than one year, we grossed up the amount to reflect an estimated annual average. The average annual amounts we estimated are presented on Exhibit A.

The Songwriters Collective
February 17, 2004
Page 5

### CASH RECEIVED/UNRECOUPED BALANCES

The enclosed royalty statement summaries list royalties earned, advances and costs deducted, adjustments, royalty payments and ending balances. As noted above, net royalties earned equals the amount of royalties earned by the compositions and/or masters before taking into consideration expenses, reserves, advances and other statement charges or credits. Accordingly, non-royalty and advance activity affects the actual payments made to writers and can cause a writer account to be in an unrecouped position.

The payment amount reflected on Exhibit A takes into consideration non-royalty activity and advance recoupment and is the sum of net royalty payments (the statement ending balance) and advances paid. With respect to payments made to publishers, songwriters and artists, in some cases we made assumptions on the amount of the payment based on statement ending and beginning balances and the royalty statement detail. In the case of public performance royalties reported directly to the songwriter from performance rights societies, we assumed that all performance royalties earned were paid unless information was provided indicated otherwise. Based on our review and summarization of the royalty statements, TSC Members received cash payments totaling $21,950,000 during the Period.

Based on our review and summarization of the royalty statements, some TSC Member royalty accounts are currently in an unrecouped position. We have listed the amount unrecouped in Exhibit A which totals $(4,109,000). It should be noted that in some cases, we were not provided with the most recent royalty statement. In such cases, we listed the unrecouped balance of the most recent statement provided. Consequently, the unrecouped balances listed may not reflect the current account balance. These unrecouped balances must be earned out before any payments will be made except for additional advances that the payor may be contractually required to pay.

### OTHER INCOME

In some cases, writers earned income that was not included on their royalty statements. Such income is listed on Exhibit B and carried forward to exhibit. The amounts involved are immaterial.

Respectfully submitted,

The Songwriters Collective
February 17, 2004
Page 6

## QUALIFICATIONS

I, Lewis J. Stark, am a Partner of the Royalty Compliance Division of Moss Adams LLP. Moss Adams LLP is the tenth largest certified public accounting firm in the United States. In 1994, I joined Moss Adams LLP as a Manager in the Los Angeles office and was promoted to Partner in 1999. I have provided royalty compliance services, including conducting royalty examinations in the music industry since 1989 as an employee of Gelfand, Rennert & Feldman, Satin and Company, and now Moss Adams. My clients include recording artists, record companies, songwriters, music publishers, movie studios, patent holders, software developers, licensors and athletes. I also work closely with the largest independent licensors of music rights in North America. In addition, I have performed intangible asset valuations and financial due diligence reviews for potential acquisitions, estate taxes and royalty securitizations, provided litigation support and other related consulting services. I am a Certified Public Accountant licensed in California.

Exhibit A

Songwriters Collective
Schedule of Gross Royalties Earnings As Reported on Third Party Royalty Statements
for the Five Year Period ended 6/30/03 or 9/30/03
February 17, 2004

| Publisher/Record Company | Front Actual Royalty Statement Detail | | | | | Income is Writers Share of Performance Income | Number of Years For Royalty Earnings History | Annual Average Amounts | | From Royalty Statement Summaries | | Status Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Account Number | Account Name | Net Roys Reported (1) | Estimated Publisher Fee % (2) | Grossed Up Income | | | Net Roys Reported | Grossed Up Income | Cash Received During Period (3) | Uncouped Statement Balance Per Last Stmt Provided | |

**Bridge Participants**

**Gary Baker**
| ASCAP | 1846425 | Gary Baker | 365,144 | 0% | 365,144 | | 2.75 | 132,780 | 132,780 | 365,144 | - | |
| ASCAP Foreign | 1846425 | Gary Baker | 165,130 | 0% | 165,130 | | 3.00 | 55,043 | 55,043 | 165,130 | - | |
| ASCAP Foreign | 3728 | Gary Baker | 72 | 0% | 72 | | 0.25 | 288 | 288 | 72 | - | |
| Music and Media Int'l | NAMI | Gary Baker | | | | | 3.00 | | | | - | |
| Screen Gems | 600905000 | Gary Baker | 55,301 | 25% | 73,735 | | 3.00 | 18,434 | 24,578 | 89,877 | - | |
| Zomba | 287 | Gary Baker | 935 | 25% | 1,247 | | 3.00 | 312 | 416 | 1,025 | - | |
| Zomba | 412 | Gary Baker | 3,096 | 25% | 4,128 | | 3.00 | 1,032 | 1,376 | 4,010 | - | |
| Zomba | 1222 | Gary Baker | 505,535 | 25% | 674,047 | | 3.00 | 168,512 | 224,682 | 1,157,584 | - | |
| Zomba | 853 | Gary Baker | 720,869 | 25% | 961,159 | | 3.00 | 240,290 | 320,386 | - | - | |
| Zomba | 654 | Turnover | 23,463 | 25% | 31,284 | | 3.00 | 7,821 | 10,428 | - | - | |
| | | Tundastic | 54 | 25% | 72 | | 1.00 | 54 | 72 | 24,444 | - | |
| Subtotal | | | 1,539,599 | | 2,275,016 | | | 624,566 | 770,049 | 1,787,286 | | |

**Greg Barnhill (From Financial Statements)**
| ASCAP | | | 144,199 | | | | | | | | | |
| BMI | | | 600 | | | | | | | | | |
| SESAC Advance | | | 130,000 | | | | | | | | | |
| Sony | | | 7,793 | | | | | | | | | |
| Chrysalis Music | | | 9,014 | | | | | | | | | |
| US Music and Media | | | 73,922 | | | | | | | | | |
| W&R Advance | | | 319,300 | | | | | | | | | |
| Warner Royalties | | | 74,042 | | | | | | | | | |
| Subtotal | | | 758,470 | | | | | | | | | |

**Richard C. Giles**
| EMI | 2041001 | Buzz Cut Music | 58,141 | 25% | 77,521 | | 1.75 | 33,223 | 44,298 | 62,349 | | Statement summary combined |
| Hamstein | 203-35-390 | Hamstein Cumberland | 35,667 | 25% | 47,556 | Y | 4.00 | 8,917 | 11,889 | 22,216 | | |
| ASCAP | 4429070 | Richard C. Giles | 22,215 | 0% | 22,215 | Y | 4.50 | 4,937 | 4,937 | 4,001 | | |
| ASCAP Foreign | 4429070 | Richard C. Giles | 4,001 | 0% | 4,001 | | 5.25 | 762 | 762 | | | |
| Mosaic | 46 | Richard C. Giles | 2,477 | 25% | 3,303 | | 0.50 | 4,954 | 6,606 | | | |
| Mosaic | 107 | Richard C. Giles | 1,342 | 25% | 1,789 | | 0.50 | 2,684 | 3,578 | | | |
| Mosaic | 108 | Richard C. Giles | 325 | 25% | 433 | | 0.50 | 650 | 866 | 4,639 | | |
| Warner Tamerlane | 68000793 | Richard C. Giles | 10,886 | 25% | 14,515 | | 0.75 | 14,515 | 19,353 | 22,977 | | |
| BMG | 20387 | Rick Giles | 61,506 | 0% | 61,506 | | 6.50 | 11,183 | 11,183 | 65,964 | | |
| BMI | 419326 | Rick Giles | 615,935 | 25% | 821,247 | Y | 5.25 | 117,321 | 156,428 | 615,995 | | |
| BMI Foreign | 419326 | Rick Giles | 75,303 | 0% | 75,303 | | 5.25 | 14,343 | 14,343 | 75,303 | | |
| EEG Music | 10040 | Rick Giles | 23,206 | 25% | 30,941 | | 5.50 | 4,219 | 5,626 | | | |
| EEG Music | 10041 | Rick Giles | | | | | | N/A | N/A | 24,167 | | |
| Hamstein | 203-35-390 | Song of Hamstein Cumberland | 28,685 | 25% | 38,247 | | 4.00 | 7,171 | 9,562 | | | |
| BMG | 21188 | Sontamer Music | 294,243 | 25% | 392,324 | | 5.00 | 58,849 | 78,465 | 82,409 | | |
| BMG | 24799 | Warner Chappell Music | | | | | | N/A | N/A | 41,524 | | |
| EMI Blackwood | 20410000 | Rick Giles | | | | | | N/A | N/A | 180,000 | | |
| Subtotal | | | 1,233,932 | | 1,590,901 | | | 283,728 | 367,896 | 1,191,504 | (118,451) | Statement summary combined |
| | | | | | | | | | | | (118,451) | |

**Sam Hogin**
| EMI Picalic Music | 605307000 | Anita Hogin | 9,981 | 25% | 13,308 | | 4.00 | 2,495 | 3,327 | 11,059 | | |
| BMI | 537388 | Katy's Rainbow | 29,580 | 0% | 29,580 | | 6.00 | 5,916 | 5,916 | 29,580 | | |
| BMI Foreign | 537388 | Katy's Rainbow | 1,331 | 0% | 1,331 | | 5.00 | 266 | 266 | 1,331 | | |
| Sony ATV | 3469 | Sam Hogin | 16,997 | 25% | 22,663 | | 5.50 | 3,090 | 4,121 | | | |
| BMI | 158041 | Samuel H. Hogin | 92,599 | 0% | 92,599 | Y | 5.25 | 17,638 | 17,638 | 92,598 | | |
| BMI | 635613 | Samuel H. Hogin | 81,371 | 0% | 81,371 | Y | 4.25 | 19,146 | 19,146 | 81,371 | | |
| BMI | 663979 | Samuel H. Hogin | 122,031 | 0% | 122,031 | Y | 4.00 | 30,508 | 30,508 | 122,031 | | |
| BMI Foreign | 158041 | Samuel H. Hogin | 24,166 | 0% | 24,166 | Y | 5.25 | 4,603 | 4,603 | 19,769 | | |
| BMI Foreign | 635613 | Samuel H. Hogin | 12,283 | 0% | 12,283 | Y | 4.25 | 2,890 | 2,890 | 9,508 | | |
| BMI Foreign | 663979 | Samuel H. Hogin | 14,756 | 0% | 14,756 | Y | 4.00 | 3,689 | 3,689 | 14,756 | | |
| EMI Picalic Music | 603080000 | Samuel H. Hogin/Katy's Rainbow | 21,122 | 25% | 28,163 | | 4.50 | 4,694 | 6,258 | 23,825 | | |
| Sony ATV | 4985 | Samuel H. Hogin/Katy's Rainbow | 70,483 | 25% | 93,930 | | 6.50 | 12,803 | 17,078 | 20,003 | | |
| Sony ATV | 6008 | Samuel Harper Hogin | 216,356 | 25% | 289,475 | | 5.50 | 39,337 | 52,450 | 312,617 | (51,894) | |
| | | | 713,027 | | 824,654 | | | 147,081 | 167,891 | 738,445 | (51,894) | |

(1) Most likely understated due to royalty statements yet to be provided or imputs
(2) Assumed at 25% publisher fee (where patentably applicable) to gross up earnings
(3) Includes royalty payments and advances paid

Page 1 of 5

Exhibit A

**Songwriters Collective**
Schedule of Gross Royalties Earnings As Reported on Third Party Royalty Statements
For the Five Year Period ended 9/30/03 or 3/30/03
February 17, 2004

| Publisher/Record Company | Account Number | Account Name | Net Roys Reported (1) | Estimated Publisher Fee % (2) | Grossed Up Income | Income Is Writer's Share of Performance Income | Number of Years For Royalty Earnings History | Annual Average Amounts Net Roys Reported | Annual Average Amounts Grossed Up Income | Cash Received During Period ($) | Unrecouped Statement Balance Per Last Stmt Provided | Other Income | Status Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tim Johnson** | | | | | | | | | | | | | |
| BMI | 397732 | Tim Johnson | 549,053 | 0% | 549,053 | | 5.50 | 99,828 | 99,828 | 549,053 | | | |
| BMI Foreign | 397732 | Tim Johnson | 28,348 | 0% | 28,348 | Y | 5.25 | 5,400 | 5,400 | 28,348 | | | |
| EMI Music Pub | 104024000 | Tim Johnson | 306,880 | 25% | 409,173 | Y | 5.50 | 55,796 | 74,395 | 160,933 | | | |
| Subtotal | | | 884,281 | | 986,574 | | | 161,024 | 179,623 | 735,334 | | | |
| **Holly Lamar** | | | | | | | | | | | | | |
| ASCAP | 1555471 | Lamar Mary Holliday | 1,070,687 | 0% | 1,070,687 | | 3.50 | 305,911 | 305,911 | 1,070,687 | | | |
| ASCAP Foreign | 1555471 | Lamar Mary Holliday | 127,699 | 0% | 127,699 | Y | 3.00 | 42,566 | 42,566 | 127,699 | | | |
| Cal IV Entertainment | 100651 | Lamar, Holly | 235,404 | 25% | 313,872 | | 3.50 | 67,258 | 89,678 | 157,011 | | | |
| Warner Chappell | 65540300 | Mary Holliday Lamar | 169,798 | 25% | 226,397 | | 3.00 | 59,599 | 75,466 | 242,903 | (110,979) | | |
| Warner Chappell | 65540001 | Mary Holliday Lamar | 12,883 | 25% | 16,911 | | 3.00 | 4,228 | 5,637 | | | | |
| Subtotal | | | 1,616,271 | | 1,755,506 | | | 475,592 | 519,258 | 1,598,300 | (110,979) | | |
| **Makin' Friends Music** | | | | | | | | | | | | | |
| Makin' Friends Music | | | | | | | | | | | | | |
| ASCAP | 16046 | Makin' Friends Music | 8,818 | 0% | 8,818 | | 3.00 | 2,939 | 2,939 | 14,321 | | | |
| ASCAP Foreign | 16046 | Makin' Friends Music | 14,321 | 0% | 14,321 | | 3.50 | 4,092 | 4,092 | 2,570 | | | |
| ASCAP | 16854 | Watertown Music | 2,570 | 0% | 2,570 | | 3.00 | 857 | 857 | 23,829 | | | |
| ASCAP Foreign | 16854 | Watertown Music | 23,829 | 0% | 23,829 | | 4.25 | 5,607 | 5,607 | 875 | | | |
| Makin' Friends Music | | Watertown Music | 875 | 0% | 875 | | 2.75 | 318 | 318 | | | | |
| Makin' Friends Music | | Walt Aldridge | 87,020 | 0% | 87,020 | | 5.00 | 17,404 | 17,404 | | | | |
| Universal Music Group (HFA) | H0907F | Watertown Music | 17,559 | 0% | 17,559 | | 2.50 | 7,024 | 7,024 | | | | |
| Universal Music Group (HFA) | P9420K | Makin' Friends Music | 168 | 0% | 168 | | 1.00 | 168 | 168 | 168 | | | |
| Curb Records (HFA) | M21863 | Watertown Music | 1,547 | 0% | 1,547 | | 0.50 | 3,094 | 3,094 | 1,547 | | | |
| Curb Records | | Rick Hall Music | 760 | 0% | 760 | | 0.75 | 1,013 | 1,013 | | | | |
| Curb Records | | House of Fame Music | 858 | 0% | 858 | | 1.00 | 858 | 858 | 858 | | | |
| Curb Records | | Makin' Friends Music | 10,475 | 0% | 10,475 | | 0.75 | 13,967 | 13,967 | 10,475 | | | |
| BMG Music | M0998C | Watertown Music | 812 | 0% | 812 | | 2.25 | 361 | 361 | 812 | | | |
| BMG Music | 94085 | Makin' Friends Music | 19,747 | 0% | 19,747 | | 4.50 | 4,388 | 4,388 | 19,747 | | | |
| Columbia House (HFA) | M10380 | Watertown Music | 1,814 | 0% | 1,814 | | 3.00 | 605 | 605 | 1,814 | | | |
| Columbia House (HFA) | M19380 | Makin' Friends Music | 3,147 | 0% | 3,147 | | 4.25 | 740 | 740 | 3,147 | | | |
| Chrysalis Music | 10803 | Makin' Friends Music | 601 | 0% | 601 | | 2.50 | 241 | 240 | 601 | | | |
| Talpo Music (Yen) | | Makin' Friends Music | 1,019 | 0% | 1,019 | | 3.50 | 291 | 291 | | | | |
| Warner Bros. (HFA) | M92000 | Watertown Music | 5,028 | 0% | 5,028 | | 3.25 | 1,547 | 1,547 | 5,028 | | | |
| EMI Capitol (HFA) | P2022N | Makin' Friends Music | 2,606 | 0% | 2,606 | | 4.50 | 579 | 579 | 2,606 | | | |
| Anita Records (HFA) | M07225 | Watertown Music | 640 | 0% | 640 | | 0.50 | 1,279 | 1,260 | 640 | | | |
| Nashville Records | | Watertown Music | 1,123 | 0% | 1,123 | | 1.00 | 1,123 | 1,123 | 1,123 | | | |
| Atlantic Records | M07400 | Watertown Music | 1,854 | 0% | 1,854 | | 4.50 | 412 | 412 | 1,854 | | | |
| Subtotal | | | 207,190 | | 207,191 | | | 68,907 | 68,907 | 92,015 | (3,546) | | |
| **David Malloy** | | | | | | | | | | | | | |
| Famous Music | 170176 | David Malloy | 23,042 | 25% | 30,723 | | 5.00 | 4,608 | 6,145 | 403,333 | (390,622) | | |
| Giant/Warner Chappell | 63838000 | David Malloy | 859 | 25% | 1,145 | | 4.75 | 181 | 241 | 17,680 | | | |
| Giant/Warner Chappell | 63838001 | David Malloy | 4,408 | 25% | 5,875 | | 3.00 | 1,469 | 1,958 | | | | |
| Rondor Music | 21483 | David Malloy | 5,227 | 25% | 6,969 | | 5.50 | 950 | 1,267 | | | | |
| Rondor Music | 33161 | David Malloy | 505 | 25% | 673 | | 3.00 | 168 | 224 | 16,084 | | | |
| Rondor/Universal | RA41 | David Malloy | 2,747 | 25% | 3,663 | | 5.50 | 499 | 666 | | | | |
| Rondor/Universal | RD1M | David Malloy | 95,288 | 25% | 127,051 | | 2.50 | 38,115 | 50,820 | 276,365 | | | |
| Starstruck | 1 | David Malloy | 131,412 | 25% | 175,216 | | 3.00 | 43,804 | 58,405 | 18,750 | | | |
| Warner Chappell | 68000022 | David Malloy | 85,238 | 25% | 113,651 | | 3.00 | 26,413 | 37,884 | 34,535 | (67,582) | | |
| Warner Chappell | 68000037 | David Malloy Productions | 33,111 | 25% | 44,145 | | 5.50 | 6,020 | 8,027 | 25,503 | | | |
| Dabdave/Starpatch/Jaliven | 615202000 | James Stroud | 71,987 | 25% | 95,983 | | 1.50 | 47,991 | 63,989 | | | | |
| Glen/Warner Chappell | 62827018 | Maloy's Toys | 82,562 | 25% | 110,083 | | 2.50 | 33,025 | 44,033 | | | | |
| Starstruck | 1 | Melody Mason | 23,348 | 25% | 31,131 | | 2.00 | 11,674 | 15,566 | | | | |
| Famous Music | 17200 | | | | | | | | | | | | |
| Subtotal | | | 559,732 | | 746,311 | | | 218,917 | 249,225 | 792,412 | (458,404) | | |
| **Tony Marty** | | | | | | | | | | | | | |
| Curb Congregation Songs | 50498 | LR Stratton Songs | 1,846 | 25% | 2,461 | | 4.00 | 462 | 615 | 405,983 | (379,507) | 22,000 | |
| Curb Congregation Songs | 50306 | Tony Marty | 40,547 | 25% | 54,063 | | 4.50 | 9,010 | 12,014 | | | | |
| Curb Songs | 50323 | Tony Marty | 1,645 | 25% | 2,193 | | 4.50 | 366 | 487 | | | | |
| SESAC | 104115 | Tony Marty | 206,710 | 0% | 206,710 | Y | 5.25 | 39,373 | 39,373 | 179,686 | | | |
| Bob-A-Law Songs | 63 | Tony Marty and Fogfine Music | 81 | 25% | 108 | | 5.00 | 16 | 22 | (80) | | | |
| Night Rainbow Music | 16 | Tony Marty and Fogfine Music | 317 | 25% | 423 | | 4.00 | 79 | 106 | | | | |
| Subtotal | | | 251,146 | | 265,958 | | | 49,306 | 52,617 | 585,590 | (44,956) | 22,000 | |
| | | | | | | | | | | | (404,405) | | |

(1) Most likely understated due to royalty statements yet to be provided or inputs
(2) Assumed at 25% publisher fee (where potentially applicable) to gross up earnings
(3) Includes royalty payments and advances paid

Exhibit A

**Songwriters Collective**
**Schedule of Gross Royalties Earnings As Reported on Third Party Royalty Statements**
**For the Five Year Period ended 6/30/03 or 9/30/03**
**February 17, 2004**

| Publisher/Record Company | Account Number | Account Name | Net Roys Reported (1) | Estimated Publisher Fee % (2) | Grossed Up Income | Income is Writers Share of Performance Income | Number of Years For Royalty Earnings History | Annual Average Amounts Net Roys Reported | Annual Average Amounts Grossed Up Income | Cash Received During Period (3) | Uncashed Statement Balance Per Last Stmt Provided | Other Income | Status Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Richard McDonald** | | | | | | | | | | | | | |
| BMI | 649581 | McDonald, Richard Vance | 455,630 | 0% | 455,630 | | 4.50 | 101,251 | 101,251 | 455,631 | | | |
| BMI Foreign | 649581 | McDonald, Richard Vance | 22,692 | 0% | 22,692 | Y | 4.75 | 4,777 | 4,777 | 22,692 | | | |
| Sony/ATV | 7127 | McDonald, Richard Vance | 282,253 | 25% | 376,337 | Y | 3.75 | 75,267 | 100,357 | 540,090 | (423,778) | | |
| Subtotal | | | 760,576 | | 854,659 | | | 181,295 | 206,385 | 1,018,322 | (423,778) | | |
| **Thom McHugh** | | | | | | | | | | | | | |
| MCS Music | 3132 | McMore Music | | | | | | | | | | | Account not summarized |
| BMI | 579735 | Thomahawk Music | 51,139 | 25% | 68,185 | | 2.50 | 20,456 | 27,274 | 14,918 | | | |
| BMI Foreign | 579735 | Thomahawk Music | 14,918 | 0% | 14,918 | Y | 4.25 | 3,510 | 3,510 | 6,728 | | | |
| Kicking Bird Music | | Thomahawk Music | 6,729 | 0% | 6,729 | Y | 4.25 | 1,583 | 1,583 | | | | |
| Windswept Holdings | 12434 | Thomahawk Music | 92,155 | 25% | 122,873 | | 1.50 | 61,437 | 81,916 | | | | |
| Kicking Bird Music | | Thomas McHugh | 111,060 | 25% | 148,080 | | 4.00 | 27,765 | 37,020 | 87,892 | | | |
| MCS Music | 3133 | Thomas McHugh | 124,178 | 25% | 165,571 | | 2.00 | 62,089 | 82,786 | 185,398 | | | |
| Windswept Holdings | 12433 | Thomas McHugh | 53,890 | 25% | 71,840 | | 2.50 | 21,562 | 28,736 | | | | Account not summarized |
| Subtotal | | | 164,180 | 25% | 218,907 | | 4.00 | 41,045 | 54,727 | 269,236 | | | |
| | | | 618,239 | | 817,103 | | | 239,437 | 317,551 | 544,172 | | | |
| **Nazareth** | | | | | | | | | | | | | |
| MCPS | 162498646 | Bob and Weave Music | | | | | | | | | | | |
| Carlin Music | 000882 | Darrell Sweet | 355 | 0% | 355 | | 0.33 | 1,076 | 1,076 | 355 | | | |
| A&M Records (HFA) | M02900 | Fool Circle Music | 25,304 | 25% | 33,739 | | 4.00 | 6,326 | 8,435 | | | | |
| BMG Music (HFA) | M0038C | Fool Circle Music | 2,391 | 0% | 2,391 | | 4.00 | 598 | 598 | | | | |
| Columbia House (HFA) | M19380 | Fool Circle Music | 2,996 | 0% | 2,996 | | 4.25 | 705 | 705 | | | | |
| DART Fund (HFA) | M10571 | Fool Circle Music | 7,569 | 0% | 7,569 | | 4.25 | 1,781 | 1,781 | | | | |
| Elektra (HFA) | M25701 | Fool Circle Music | 12 | 0% | 12 | | 0.25 | | | 11 | | | |
| MCPS | 051557585 | Fool Circle Music | 1,688 | 0% | 1,688 | | 4.25 | 397 | 397 | 1,603 | | | |
| MSI at Miami (HFA) | M48460 | Fool Circle Music | 12,210 | 0% | 12,210 | | 1.58 | 7,728 | 7,728 | 12,210 | | | |
| Musicama (HFA) | 051557585 | Fool Circle Music | 275 | 0% | 276 | | 3.25 | 84 | 84 | 261 | | | |
| Phantom Sound (HFA) | M6279A | Fool Circle Music | 21 | 0% | 21 | | 0.25 | 84 | 84 | 20 | | | |
| Sony Music (HFA) | 051557585 | Fool Circle Music | 8 | 0% | 8 | | 0.25 | 32 | 32 | 7 | | | |
| Various (HFA) | 051557585 | Fool Circle Music | 28,302 | 0% | 28,302 | | 1.50 | 18,868 | 18,868 | 27,311 | | | |
| MCPS | 151665277 | Fool Circle Music | 520 | 0% | 628 | | 0.50 | 1,056 | 1,056 | 504 | | | |
| Warner Chappell | 00018031 | MACS Music | 2,389 | 0% | 2,389 | | 1.00 | 2,389 | 2,389 | 2,389 | | | |
| Carlin Music | 00081 | MACS Music | 151 | 4% | 458 | | 2.00 | 176 | 224 | | | | |
| Carlin Music | 000880 | Manuel Charlton | 25,304 | 25% | 33,739 | | 4.00 | 6,326 | 8,435 | | | | Account not summarized |
| MCPS | 247078766 | Mountain Music Ltd | 177,340 | 25% | 236,453 | | 4.00 | 44,335 | 59,113 | 324,451 | (37,207) | | |
| Warner Chappell | 00023706 | Nazareth (Dunfermline) Ltd | 32,448 | 0% | 32,448 | | 1.50 | 21,632 | 21,632 | 32,448 | | | |
| Warner Chappell | 000552739 | Nazareth (Dunfermline) Ltd | 31,928 | 25% | 42,568 | | 3.50 | 9,122 | 12,162 | 21,059 | | | |
| Carlin Music | 000853 | Peter Agnew | 1,549 | 25% | 2,065 | | 0.50 | 3,098 | 4,130 | | | | |
| Carlin Music | 000884 | William McCaffery | 25,304 | 25% | 33,739 | | 4.00 | 6,326 | 8,435 | | (114,795) | | Account not summarized |
| A&M Records | 10000582 | Nazareth (Mountain Records) | 161,775 | 25% | 161,775 | | 3.00 | 53,925 | 53,925 | 149,676 | | | Artist Royalties |
| A&M Records | 10000801 | Nazareth (Food Circle Mgmt) | 20,296 | 0% | 20,296 | | 3.00 | 6,765 | 6,765 | 20,563 | | | Artist Royalties |
| A&M Records | 10000884 | Nazareth | 28 | 0% | 28 | | 2.50 | 11 | 11 | | | | Artist Royalties |
| A&M Records | 10007684 | Nazareth (33,33) | 73,573 | 25% | 73,573 | | 3.00 | 24,524 | 24,524 | 67,635 | (31,517) | | Artist Royalties |
| Castle Records | 1836 | Nazareth (Dunfermline) Ltd | 48,042 | 0% | 48,042 | | 1.00 | 48,042 | 48,042 | | | | Artist Royalties |
| Castle Records | M422 | Nazareth (Dunfermline) Ltd | | 0% | | | | N/A | N/A | | | | Artist Royalties |
| Castle Records | N592 | Nazareth (Dunfermline) Ltd | | 0% | | | | N/A | N/A | | | | Artist Royalties |
| Castle Records | N533 | Nazareth (Dunfermline) Ltd | 57,338 | 25% | 57,338 | | 1.00 | 57,338 | 57,338 | 51,649 | (5,014) | | Artist Royalties |
| Castle Records | N542 | Nazareth (Dunfermline) Ltd | 6,227 | 0% | 6,227 | | 1.00 | 6,227 | 6,227 | | (45,329) | | Artist Royalties |
| Eagle Rock | NAZ1-491 | Nazareth (Dunfermline) Ltd | 69,045 | 0% | 69,045 | | 1.00 | 69,045 | 69,045 | | (22,543) | | Artist Royalties |
| Eagle Rock | NAZ1-492 | Nazareth (Dunfermline) Ltd | 18,415 | 0% | 18,415 | | 0.50 | 36,830 | 36,830 | 352,876 | (41,830) | | Artist Royalties |
| Universal Records | 420855 | Nazareth (Dunfermline) Ltd | 6,732 | 0% | 6,732 | | 3.50 | 1,923 | 1,923 | 8,588 | (265,830) | | Artist Royalties |
| Universal Records | 420822 | Nazareth | 7,267 | 0% | 7,267 | | 3.25 | 2,236 | 2,236 | 7,245 | (183,423) | | Artist Royalties |
| Universal Records | 675802001 | Nazareth | 1,573 | 0% | 1,573 | | 1.00 | 1,573 | 1,573 | | | | Artist Royalties |
| Universal Records | 675802002 | Nazareth | 1,429 | 0% | 1,429 | | 1.00 | 1,429 | 1,429 | | | | Artist Royalties |
| Subtotal | | | 875,514 | | 979,442 | | | 448,833 | 475,978 | 1,131,644 | (725,484) | | |
| **Will Robinson** | | | | | | | | | | | | | |
| Seven Summits Music | 665-00000017 | Will Robinson (Tizo Tunes Writer Income) | 19,400 | 25% | 25,867 | | 5.00 | 3,880 | 5,173 | | | | |
| Seven Summits Music | 665-00000005 | Will Robinson | 63,282 | 25% | 84,376 | | 5.00 | 12,656 | 16,875 | 87,555 | (129,014) | | |
| Seven Summits Music | 665-00000031 | Windswept Pacific Entertainment | 71 | 25% | 95 | | 0.50 | 143 | 190 | | | | |
| Maypop Music | 622-00000178 | Will Robinson (Disney Only) | 97 | 25% | 129 | | 3.50 | 28 | 37 | 94 | | | |
| Maypop Music | 291 | William S Robinson (Maypop Music) | 1,966 | 25% | 2,622 | | 1.00 | 1,966 | 2,622 | 1,620 | | | |
| Alabama Band Music | 13 | William S Robinson (Alabama Band Music) | 15,658 | 25% | 20,876 | | 1.00 | 15,658 | 20,876 | 9,690 | | | |

(1) Most likely understated due to royalty statements yet to be provided or impute
(2) Assumed at 25% publisher fee (where potentially applicable) to gross up earnings
(3) Includes royalty payments and advances paid

Page 3 of 5

Exhibit A

Exhibit A

**Songwriters Collective**
**Schedule of Gross Royalties Earnings As Reported on Third Party Royalty Statements**
**For the Five Year Period ended 6/30/03 or 9/30/03**
**February 17, 2004**

| Publisher/Record Company | Account Number | Account Name | Net Roys Reported (1) | Estimated Publisher Fee % (2) | Grossed Up Income | Income is Writers Share of Performance Income | Number of Years For Royalty Earnings History | Annual Average Amounts Net Roys Reported | Grossed Up Income | Cash Received During Period (3) | Uncouped Statement Balance Per Last Stmt Provided | Other Income | Status Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sony/ATV LLC** | | | | | | | | | | | | | |
| Extreme Writers Group | 8872 | Will Robinson | 71,984 | 25% | 95,979 | | 4.00 | 17,996 | 23,995 | 65,052 | | | |
| Warning Danger Music | 63001697 | Will Robinson | 211 | 25% | 281 | | 1.00 | 211 | 281 | 110 | | | |
| EMI April Music | 68001098 | Will Robinson | (6) | 25% | (9) | | 0.50 | (13) | (18) | 110 | | | |
| BMI Domestic | 27000 | Will Robinson dba Danger Will Music | 23,310 | 25% | 31,080 | | 4.50 | 5,180 | 6,907 | | | | |
| BMI Foreign | 291669 | Will Robinson | 39,882 | 0% | 39,882 | Y | 5.00 | 7,976 | 7,976 | 39,882 | (198,294) | | |
| ASCAP Domestic | 291669 | Will Robinson | 17,183 | 0% | 17,183 | Y | 5.00 | 3,437 | 3,437 | 17,183 | | | |
| ASCAP Foreign | 1500441 | Will Robinson | 687 | 0% | 687 | Y | 3.00 | 229 | 229 | 687 | | | |
| Subtotal | 1500441 | Will Robinson | 17,346 | 0% | 17,346 | | 4.50 | 3,855 | 3,855 | 17,346 | | | |
| | | | 271,074 | | 336,308 | | | 73,202 | 92,437 | 239,132 | (325,306) | | |
| **Annie Roboff** | | | | | | | | | | | | | |
| ASCAP | 7927150 | Roboff, Annie | 1,529,096 | 0% | 1,529,098 | Y | 5.00 | 305,819 | 305,819 | 1,526,188 | | | ASCAP is netting the domestic and foreign royalties to recoup advance. Additional payments made with out an accompanying royalty statement |
| ASCAP Foreign | 7927150 | Roboff, Annie | 189,640 | 0% | 189,640 | Y | 5.00 | 37,928 | 37,928 | 142,871 | | | |
| ASCAP Supplemental Pmts | 7927150 | Roboff, Annie | 434,803 | 0% | 434,803 | Y | 5.00 | 86,961 | 86,961 | 484,803 | | | |
| ASCAP Foreign - Sup. Pmts | 7927150 | Roboff, Annie | 8,196 | 0% | 8,196 | Y | 5.00 | 1,639 | 1,639 | 8,196 | | | |
| ALMO Music | 22822R836 | Roboff, Annie (ANWA Music) | 1,706,132 | 25% | 2,277,509 | | 5.00 | 341,626 | 455,502 | | | | All Rondor and Almo accts combined |
| ALMO Music | 369192RFK1 | Roboff, Annie (ANWA Music) | 1,444,152 | 25% | 1,925,536 | | 5.00 | 288,830 | 385,107 | | | | |
| Subtotal | | | 5,314,019 | | 6,364,780 | | | 1,062,803 | 1,272,956 | 2,375,389 | | | |
| | | | | | | | | | | 4,969,447 | | | |
| **Randall Rogers** | | | | | | | | | | | | | |
| BMI | 293585 | Randall Rogers | 363,317 | 0% | 363,317 | Y | 5.25 | 69,203 | 69,203 | 363,317 | | | |
| BMI | 859540 | Randall Rogers | 27,790 | 0% | 27,790 | Y | 1.00 | 27,790 | 27,790 | 27,790 | | | |
| BMI Foreign | 293585 | Randall Rogers | - | 0% | - | Y | 5.25 | - | - | - | | | |
| BMI Foreign | 859540 | Randall Rogers | 28,890 | 0% | 28,890 | Y | 5.25 | 5,503 | 5,503 | 28,890 | | | |
| BMI Foreign | D6020W | Randall Rogers | 4,208 | 0% | 4,208 | Y | 1.00 | 4,208 | 4,208 | 4,208 | | | |
| Longfellow Music | 10855 | Randall Rogers | 3,417 | 0% | 3,417 | Y | 0.25 | 13,668 | 13,668 | 3,417 | | | |
| Maypop Music Group | 98 | Randall Rogers | 26,452 | 25% | 35,243 | | 2.00 | 13,216 | 17,622 | 18,920 | | | |
| Maypop Music Group | 166 | Randall Rogers | 3,412 | 25% | 4,549 | | 1.50 | 2,274 | 3,033 | 1,730 | | | |
| Sister John | 40029 | Randall Rogers | 93,912 | 25% | 125,216 | | 1.50 | 62,608 | 83,477 | | | | |
| Sony ATV | 3074 | Randall Rogers | 127,826 | 25% | 170,435 | | 5.50 | 23,241 | 30,988 | 121,082 | | | |
| Sony ATV | 8842 | Randall Rogers | 3 | 25% | 4 | | 0.25 | 12 | 16 | | | | |
| Southern Arts Music | 91052 | Randall Rogers | 333,233 | 25% | 444,311 | | 4.00 | 83,308 | 111,078 | | | | |
| BMI | SAM | Randall Rogers | 157,030 | 25% | 209,469 | | 2.50 | 62,856 | 83,781 | 573,750 | (292,667) | | |
| BMI Foreign | 256776 | Randall Rogers | 4,416 | 25% | 5,888 | | 5.50 | 803 | 1,071 | 605 | | | |
| BMI Foreign | 299776 | Randall Rogers | 8,450 | 0% | 8,450 | | 3.75 | 2,253 | 2,253 | 8,443 | | | |
| Maypop Music Group | L0690 | Route Six Music | 146 | 0% | 146 | | 3.00 | 49 | 49 | 153 | | | |
| | 100 | Route Six Music | 9 | 0% | 9 | | 0.25 | 34 | 34 | 9 | | | |
| Subtotal | | Route Six Music | 38,870 | 25% | 51,827 | | 1.50 | 25,913 | 34,551 | 10,425 | | | |
| | | | 1,221,421 | | 1,483,163 | | | 396,919 | 480,327 | 1,162,719 | (292,667) | | |
| **Annie Roman** | | | | | | | | | | | | | |
| ASCAP | 7985655 | Annie Roman | 279,036 | 0% | 279,036 | | 5.00 | 55,807 | 55,807 | 279,036 | | | |
| ASCAP Foreign | 7985655 | Annie Roman | 106,575 | 0% | 106,575 | | 5.50 | 19,377 | 19,377 | 106,575 | | | |
| W&R | A | Annie Roman | 705,818 | 25% | 941,088 | | 6.00 | 117,636 | 156,848 | 652,750 | (234,762) | | W&R Accts A & B Combined on royalty statement summary |
| W&R | B | Annie Roman | 199,511 | 25% | 266,015 | Y | 3.00 | 65,604 | 88,672 | | | | |
| Subtotal | | | 1,290,938 | | 1,592,714 | | | 259,324 | 320,704 | 1,236,360 | (234,762) | | |
| **Kiki Santander** | | | | | | | | | | | | | |
| Famous Music | 17422 | Kiki Santander | 49,854 | 25% | 66,472 | | 0.50 | 99,708 | 132,944 | - | | | |
| BMI | 579722 | Moon Red Music | 67 | 0% | 67 | | 1.00 | 67 | 67 | 67 | | | |
| BMI Foreign | 579722 | Moon Red Music | 81 | 0% | 81 | | 1.00 | 81 | 81 | 81 | | | |
| Foreign Imported Prod. | 10133 | Moon Red Music | 59 | 0% | 59 | | 1.00 | 59 | 59 | 110 | | | |
| Foreign Imported Prod. | 10022 | Moon Red Music | 2,303,980 | 0% | 2,306,980 | | 4.00 | 576,745 | 576,745 | 886,522 | (246,989) | | |
| BMI | 635596 | Santander, Flavio Enrique | 804,568 | 0% | 804,569 | | 3.50 | 229,876 | 229,876 | 804,968 | | | |
| BMI Foreign | 635568 | Santander, Flavio Enrique | 803,850 | 0% | 803,850 | Y | 3.25 | 247,338 | 247,338 | 803,850 | | | |
| Subtotal | | | 3,965,437 | | 3,982,055 | | | 1,163,854 | 1,187,050 | 2,495,176 | (245,989) | | |
| **Larry Stewart** | | | | | | | | | | | | | |
| BMI | 330204 | Larry Stewart | 2,765 | 0% | 2,765 | | 4.75 | 586 | 586 | 2,765 | | | |
| EMI Blackwood | 87901000 | Larry Stewart | 862 | 25% | 1,149 | | 3.00 | 287 | 383 | | (4,592) | | |
| Steel Wheels Music | | Larry Stewart | 1,065 | 25% | 1,420 | | 1.00 | 1,065 | 1,420 | | (37,745) | | |
| Warner Chappell | 60594000 | Larry Stewart dba Padpob Pub | 5,404 | 25% | 7,205 | | 2.75 | 1,965 | 2,620 | 21,250 | (9,442) | | |
| BMG Songs | 22058 | Larry Stewart | 1,541 | 25% | 2,055 | | 3.50 | 440 | 487 | | (165,811) | | |
| BMI | 803125 | Larry Stewart dba Steel Wheels | 1,166 | 0% | 1,166 | | 1.25 | 933 | 933 | 85,000 | | | |
| BMI | 184957 | Larry Stewart Music | 143 | 0% | 143 | | 3.00 | 48 | 48 | 1,166 | | | |
| Warner Chappell | 60594001 | Larry Stewart Music | 2,936 | 25% | 3,915 | | 2.75 | 1,068 | 1,424 | 143 | | | |

(1) Most likely understated due to royalty statements yet to be provided or impute
(2) Assumed at 25% publisher fee (where potentially applicable) to gross up earnings
(3) Includes royalty payments and advances paid

Page 4 of 6

Exhibit A

Songwriters Collective
Schedule of Gross Royalties Earnings As Reported on Third Party Royalty Statements
For the Five Year Period ended 6/30/03 or 9/30/03
February 17, 2004

| Publisher/Record Company | Account Number | Account Name | Net Roys Reported (1) | Estimated Publisher Fee % (2) | Grossed Up Income | Income is Writers Share of Performance Income | Number of Years For Royalty Earnings History | Annual Average Amounts — Net Roys Reported | Annual Average Amounts — Grossed Up Income | Cash Received During Period (3) | Unrecouped Statement Balance Per Last Stmt Provided | Other Income | Status Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subtotal | | | 15,902 | | 19,936 | | | 6,392 | 8,001 | 110,344 | (264,560) | | |
| **Travis Tritt** | | | | | | | | | | | | | |
| Sony ATV | 3220 | James T Tritt | 469,263 | 25% | 621,684 | | 6.50 | 84,775 | 113,033 | 540,355 | | | |
| BMI | 273542 | Post Oak Publishing | 825,490 | 0% | 825,490 | | 4.75 | 173,787 | 173,787 | 825,490 | | | |
| BMI Foreign | 273542 | Post Oak Publishing | 31,710 | 0% | 31,710 | | 4.75 | 6,676 | 6,676 | 31,710 | | | |
| Sony ATV | 257720200 | Post Oak Publishing | 191,311 | 25% | 255,081 | | 2.50 | 76,524 | 102,032 | 201,928 | | | |
| Sony ATV | 110 | Post Oak Publishing, Inc. | 20,183 | 25% | 26,944 | | 6.25 | 3,885 | 5,113 | 22,124 | | | |
| BMI | 542146 | Travis Tritt Publishing | 50,632 | 0% | 50,632 | | 5.25 | 9,644 | 9,644 | 50,632 | | | |
| BMI Foreign | 542146 | Travis Tritt Publishing | 9,481 | 0% | 9,481 | | 5.25 | 1,806 | 1,806 | 9,481 | | | |
| Subtotal | | | 1,595,020 | | 1,820,922 | | | 357,047 | 412,991 | 1,681,720 | (264,560) | | |
| **Jane Varana** | | | | | | | | | | | | | |
| EMI Music Publishing | 1339 | Little Horn Music | 25,000 | 25% | 33,333 | | | N/A | N/A | 25,000 | (25,000) | | Advance only – Account not summarized |
| Sony Music Germany | | Little Horn Music | 13,366 | 25% | 17,821 | | 1.00 | 13,366 | 17,821 | | | | |
| BMG Music (HFA) | P58415 | Little Horn Music | 2,912 | 25% | 3,883 | | 1.00 | 2,912 | 3,883 | | | | |
| PolyGram Records (HFA) | P58415 | Little Horn Music | 4,288 | 25% | 5,717 | | 0.75 | 5,717 | 7,623 | | | | |
| Leeds Entertainment | 2459 | Little Horn Music | 8,353 | 25% | 8,471 | | 0.50 | 12,706 | 16,942 | | | | |
| Astoria Mechana | | Little Horn Music | 1,349 | 25% | 1,799 | | | N/A | N/A | | | | Account not summarized |
| Embassy Music | 1077 | Little Horn Music | 2,737 | 25% | 3,649 | | | N/A | N/A | | | | Account not summarized |
| Columbia House Club | | Little Horn Music | 100 | 25% | 133 | | 1.00 | 100 | 139 | | | | |
| Disney Communications | | Sound Dust Ltd | 125,589 | 25% | 167,452 | | 1.75 | 71,765 | 95,687 | 552 | | | |
| STEMRA | | Sound Dust Ltd | 7,040 | 25% | 9,387 | | | N/A | N/A | | | | Account not summarized |
| WB Music Group | | Windward-Landmark Group | 4,762 | 25% | 6,349 | | | N/A | N/A | | | | Account not summarized |
| Narada Music | | Windward-Landmark Group | 7,136 | 25% | 9,515 | | | N/A | N/A | | | | Account not summarized |
| New Line Cinema | | Windward-Landmark Group | 51,166 | 25% | 68,221 | | | N/A | N/A | | | | Account not summarized |
| TVT Records | | Windward-Landmark Group | 163,740 | 25% | 218,320 | | 4.75 | 34,472 | 45,962 | 23,552 | (25,000) | 250,000 | |
| Lieds Ent./Bardina Assoc. | | Windward-Landmark Group | | 25% | | | | N/A | N/A | | | | |
| Subtotal | | | 415,538 | | 554,050 | | | 141,036 | 188,051 | 23,552 | (25,000) | 250,000 | |
| **Billie Joe Walker** | | | | | | | | | | | | | |
| ASCAP | 1525720 | Billy Joe Walker | 17,594 | 0% | 17,594 | Y | 2.75 | 6,398 | 6,398 | | | | |
| ASCAP Foreign | 1525720 | Billy Joe Walker | 8,658 | 0% | 8,658 | Y | 4.75 | 1,823 | 1,823 | | | | |
| BMI | 359454 | Billy Joe Walker | 4,474 | 0% | 4,474 | Y | 4.75 | 942 | 942 | | | | |
| BMI Foreign | 359454 | Billy Joe Walker | 1,261 | 0% | 1,261 | Y | 4.50 | 280 | 280 | | | | |
| Songs Of Universal | M562 | Billy Joe Walker | 5,544 | 25% | 7,392 | | 5.50 | 1,008 | 1,344 | | | | |
| Songs Of Universal | M712 | Billy Joe Walker | 4,960 | 25% | 6,613 | | 5.50 | 902 | 1,202 | | | | |
| MCS Music | 3225 | Calzada Music | 3,203 | 25% | 4,271 | | 1.00 | 3,203 | 4,271 | | | | |
| MCS Music | 3226 | Calzada Music/Gary Cotton | 3,885 | 25% | 5,313 | | 0.75 | 5,313 | 7,084 | | | | |
| MCS Music | 3273 | Calzada Music/Shane Teeters | 20 | 25% | 27 | | 1.00 | 60 | 108 | | | | |
| Warner Bros Music | 65902900 | Marathon Key Music LLC | 862 | 25% | 1,149 | | 1.50 | 575 | 766 | 40,000 | (246,272) | | |
| Warner Bros Music | 68000565 | Marathon Key II Music | | 25% | | | 3.00 | | | 150,000 | (155,509) | | |
| MCS/Copyright Mgmt. | 147 | More is Better Music | 2,071 | 25% | 2,761 | | 3.00 | 690 | 920 | | | | |
| MCS/Copyright Mgmt. | 774 | More is Better Music | 781 | 25% | 1,015 | | 3.50 | 217 | 290 | | | | |
| MCS Music | 3227 | Sombrero Isle Music | (6) | 25% | (8) | | 0.25 | (16) | (20) | | | | |
| MCS Music | 3262 | Sombrero Isle Music | 20 | 25% | 27 | | 0.25 | 80 | 108 | | | | |
| MCS Music | 3253 | Sombrero Isle Music | 20 | 25% | 27 | | 0.25 | 80 | 108 | | | | |
| Subtotal | | | 53,429 | | 60,677 | | | 21,675 | 25,624 | 190,000 | (401,781) | | |
| **Total** | | | 24,480,553 | | 27,516,874 | | | 8,869,310 | 7,410,381 | 21,950,474 | (4,109,120) | 272,000 | |

(1) Most likely understated due to royalty statements yet to be provided or imputs
(2) Assumed at 25% publisher fee (where potentially applicable) to gross up earnings
(3) Includes royalty payments and advances paid

Exhibit B

**Songwriters Collective**
Schedule of Other Earnings As Reported on Third Party Royalty Statements
For the Five Year Period ended 6/30/03 or 9/30/03
12/30/2003

| Writer/Publisher | Payor | Date | Description | Amount | Source/Comments |
|---|---|---|---|---|---|
| Jono Varana | Bastine and Associates | 4/16/1998 | Payment for partial music publishing catalog purchase | $ 117,932 | Purchase agreement/wire transfer |
| Jono Varana | Bastine and Associates | 5/4/1998 | Payment for partial music publishing catalog purchase | 40,000 | Purchase agreement/wire transfer |
| Jono Varana | Leed Music | 1/12/2000 | Payment for partial music publishing catalog purchase | 55,000 | Wire transfer |
| Jono Varana | Leed Music | 2/7/2000 | Payment for partial music publishing catalog purchase | 37,068 | Wire transfer |
| Total | | | | $ 250,000 | |
| | | | | | |
| Tony Marty | SESAC | 4/25/2003 | Advance | $ 12,000 | SESAC statement |
| Tony Marty | SESAC | 8/8/2003 | Advance | 10,000 | SESAC statement |
| Total | | | | $ 22,000 | |