**SCHEDULE**

Annie Roboff v. E. Jean Mason, Budd Carr, Robert D'Loren, The Songwriters Collective, UCC Capital Corp., Fortress Credit Opportunities I, L.P., Index No. 600528/05 (Supreme Court of the State of New York, New York County)

Tim Johnson v. The Songwriter Collective, LLC, E. Jean Mason, Bud Carr, Chuck McNeal, Robert D'Loren and Fortress Credit Opportunities I, LP, Civil Action No. 3:05-0320 (United States District Court for the Middle District of Tennessee, Nashville Division)

David Malloy, Gregory W. Barnhill and Holly Lamar v. The Songwriter Collective, LLC, E. Jean Mason, Bud Carr and Fortress Opportunities I, LP, Civil Action No. 3:05-0275 (United States District Court for the Middle District of Tennessee, Nashville Division)

Richard C. Giles v. The Songwriters Collective et al., Chancery Court for the State of Tennessee, 20th Judicial District, Davidson County