Dorothy M. Weber, Esq. (DW 4734)
SHUKAT ARROW HAFER WEBER
 & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
212-245-4580
Attorneys for the Defendants Wayne C. Coleman
and The Royalty Compliance Organization

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| FORTRESS CREDIT OPPORTUNITIES I, LP; and FORTRESS CREDIT OPPORTUNITIES II, LP : | 07-CV-7369 (HB) |
| Plaintiffs, : | |
| -against- : | **STIPULATION** |
| : | **EXTENDING TIME** |
| WAYNE C. COLEMAN, THE ROYALTY COMPLIANCE ORGANIZATION and MOSS ADAMS LLP : | |
| Defendants. : | |

------------------------------------------------------------

**IT IS HEREBY STIPULATED** and agreed to by and between the attorneys for the Plaintiffs, Fortress Credit Opportunities I, LP and Fortress Credit Opportunities II, LP, and for the Defendants, Wayne C. Coleman and The Royalty Compliance Organization ("the RCO Defendants"), that the time by which the RCO Defendants shall file and serve their reply affidavits and reply memoranda in connection with the RCO Defendants' motion to dismiss filed on November 9, 2007 is hereby extended to and including December 21, 2007.

There has been one prior request for extension of time to answer the original Complaint, one prior request for extension of time to answer the Amended Complaint, and there is one concurrent request for an extension of the deadlines after which no parties may be joined and no additional causes of action or defenses may be asserted in this action. A current copy of the docket report is enclosed.

The parties further agree that this Stipulation may be executed and shall be sufficient via facsimile transmission.

Dated:   December 18, 2007
         New York, New York

SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP

By: /s/ Dorothy M. Weber
Dorothy M. Weber (DW 4734)
111 West 57th Street, Suite 1120
New York, New York 10019
212-245-4580
Attorneys for Defendants
Wayne C. Coleman
The Royalty Compliance Organization

KASOWITZ, BENSON, TORRES FRIEDMAN, LLP

By: /s/ Michael C. Harwood
Michael C. Harwood (MH 4227)
1633 Broadway
New York, New York 10019
212-506-1709
Attorneys for Plaintiffs
Fortress Credit Opportunities I, LP
Fortress Credit Opportunities II, LP

SO ORDERED:

_____  12/20/07
Honorable Harold Baer
United States District Judge