UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FORTRESS CREDIT OPPORTUNITIES I, LP and
FORTRESS CREDIT OPPORTUNITIES II, LP,

        Plaintiffs,

        -against-

WAYNE C. COLEMAN, THE ROYALTY
COMPLIANCE ORGANIZATION and MOSS
ADAMS LLP,

        Defendants.
------------------------------------------------------------x

NOTICE OF WITHDRAWAL
Case No. 07 Civ. 7369 (HB)(DCF)

        Plaintiffs Fortress Credit Opportunities I LP and Fortress Credit Opportunities II LP, as represented by their counsel identified below, hereby dismisses the within action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice and on the merits, and without costs to either side.

DATED: December 23, 2007

        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

        By:    MICHAEL C. HARWOOD
        1633 Broadway
        New York, New York 10019
        (212) 506-1709
        Attorney for Plaintiffs