USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FORTRESS CREDIT OPPORTUNITIES I, LP and
FORTRESS CREDIT OPPORTUNITIES II, LP,

        Plaintiffs,

    -against-

WAYNE C. COLEMAN, THE ROYALTY
COMPLIANCE ORGANIZATION and MOSS
ADAMS LLP,

        Defendants.
-------------------------------------------------------------x

NOTICE OF DISMISSAL
Case No. 07 Civ. 7369 (HB)(DCF)

    It is hereby stipulated and agreed by and between Plaintiffs Fortress Credit Opportunities I LP and Fortress Credit Opportunities II LP and Defendant Moss Adams LLP, as represented by their counsel identified below, that the within action is dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice and on the merits, and without costs to either side.

DATED: December 23, 2007

        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

        *Michael Harwood*
        By:   MICHAEL C. HARWOOD
        1633 Broadway
        New York, New York 10019
        (212) 506-1709
        Attorney for Plaintiffs

WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

By: _____
        THOMAS R. MANISERO
150 East 42d Street
New York, New York  10017
(212) 490-3000
Attorney for Defendant Moss Adams LLP

SO ORDERED
_____  12/21/07
U.S.D.J.